ALI AALAEI, CA SBN 254713
ARI LAW, P.C.
22 Battery St., Suite #1000
San Francisco, CA 94111
Email: ali@arilaw.com
Tel:  415-357-3600
Fax:  415-357-3602

ALI KAMAREI, CA SBN 175974
INHOUSE CO LAW FIRM
Knight Ridder Building
50 W. San Fernando St., Suite #900
San Jose, CA 95113
Email: alik@inhouseco.com
Tel:  (408) 918-5393
Fax: (408) 918-5373

ALEXANDER CHEN, CA SBN 245798
INHOUSE CO LAW FIRM
Daimler Chrysler Building
7700 Irvine Center Dr., #S-800
Irvine, CA 92618
Email: alexc@inhouseco.com
Tel: 949-250-1555
Fax: 714-882-7770

Attorneys for Plaintiff, California Institute of Computer Assisted Surgery, Inc.

**FILED**

MAY 1 2 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA INSTITUTE OF COMPUTER ASSISTED SURGERY, INC., a California corporation,<br><br>        Plaintiff,<br><br>v.<br><br>MED-SURGICAL SERVICES, INC. a California corporation,<br><br>        Defendant. | CASE NO. CV 10-02042<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

-- 1
COMPLAINT

Plaintiff, California Institute of Computer Assisted Surgery, Inc., ("CICAS"), for all causes of action against Defendant alleges as follows:

## PARTIES

1.    Plaintiff, California Institute of Computer Assisted Surgery, Inc., (CICAS) is a California corporation with its principal place of business in Los Altos, CA.

2.    Defendant, Med-Surgical Services, Inc., (Med-Surgical) is a California corporation with its principal place of business in Sunnyvale, CA.

## JURISDICTION AND VENUE

3.    This Court has subject matter jurisdiction over CICAS' claims pursuant to 28 U.S.C. §§ 1331, 1338.

4.    Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b),(c) and §1400(b).

## INTRADISTRICT ASSIGNMENT

5.    Pursuant to Civil Local Rule 3-2(c),(e), assignment to the San Jose Division of the U.S. District Court for the Northern District of California is appropriate in that Defendant Med-Surgical's principal place of business is in, and a substantial part of the events and damages giving rise to this action occurred in, the County of Santa Clara, California.

## BACKGROUND

6.    CICAS is the assignee of United States Patent No.6,167,296 titled "Method For Volumetric Image Navigation" (the "'296" Patent").

7.    The '296 Patent, duly issued on December 26, 2000, claims a method for facilitating a diagnostic or surgical procedure involving a target site in a patient and CICAS owns all right, title and interest in the '296 Patent. A true and correct copy of the '296 Patent is attached to the Complaint as **Exhibit A**.

8.    CICAS is the assignee of United States Patent No.6,591,130 titled "Method of Image Enhanced Endoscopy At A Patient Site" (the "'130" Patent").

9.      The '130 Patent, duly issued on July 8, 2003, claims a method of image-enhanced endoscopy at a patient site and CICAS owns all right, title and interest in the '130 Patent. A true and correct copy of the '130 Patent is attached to the Complaint as **Exhibit B**.

10.     CICAS is the assignee of United States Patent No.6,529,758 titled "Method And Apparatus For Volumetric Image Navigation" (the "'758" Patent").

11.     The '758 Patent, duly issued on March 4, 2003, claims an image guided surgical procedure and CICAS owns all right, title and interest in the '758 Patent. A true and correct copy of the '758 Patent is attached to the Complaint as **Exhibit C**.

12.     CICAS is the assignee of United States Patent No.6,850,794 titled "Endoscopic Targeting Method And System" (the "'794" Patent").

13.     The '794 Patent, duly issued on February 1, 2005, claims a system for enhancing the ability of a surgeon to access a target site within a patient and CICAS owns all right, title and interest in the '794 Patent. A true and correct copy of the '794 Patent is attached to the Complaint as **Exhibit D**.

14.     The '296 Patent, '130 Patent, '758 Patent, and '794 Patent, shall be collectively referred to herein as the "subject patents" unless otherwise identified individually.

15.     On information and belief, Med-Surgical has made, used, offered to sell or sold, and continues to make, use, offer to sell or sell, products, systems, and/or and processes infringing on the subject patents.

16.     At all times mentioned herein Med-Surgical was on notice of its infringement of the subject patents.

17.     At all times mentioned herein Med-Surgical's infringement was and continues to be willful and deliberate and in total disregard of patentee's rights.

## **FIRST CAUSE OF ACTION**

### **(Infringement of the '296 Patent)**

### **(35 U.S.C. § 271)**

18.     CICAS repeats and re-alleges paragraphs 1 through 17 of the Complaint as if fully set forth herein.

-- 3

COMPLAINT

19. Med-Surgical has and continues to directly infringe, contributorily infringe, and/or induce the infringement of the '296 Patent by making, using, offering to sell, licensing, and/or selling products and services that are covered by the claims of the inventions contained in the '296 Patent. Specifically, Med-Surgical's use of CBYON Systems infringes on one or more of the claims of the '296 Patent.

20. CICAS has suffered damages as the result of Med-Surgical's infringement of the '296 Patent.

## SECOND CAUSE OF ACTION

### (Infringement of the '130 Patent)

### (35 U.S.C. § 271)

21. CICAS repeats and re-alleges paragraphs 1 through 20 of the Complaint as if fully set forth herein.

22. Med-Surgical has and continues to directly infringe, contributorily infringe, and/or induce the infringement of the '130 Patent by making, using, offering to sell, licensing, and/or selling products, systems, and/or processes that are covered by the claims of the inventions contained in the '130 Patent. Specifically, Med-Surgical's use of CBYON Systems infringes on one or more of the claims of the '130 Patent.

23. CICAS has suffered damages as the result of Med-Surgical's infringement of the '130 Patent.

## THIRD CAUSE OF ACTION

### (Infringement of the '758 Patent)

### (35 U.S.C. § 271)

24. CICAS repeats and re-alleges paragraphs 1 through 23 of the Complaint as if fully set forth herein.

25. Med-Surgical has and continues to directly infringe, contributorily infringe, and/or induce the infringement of the '758 Patent by making, using, offering to sell, licensing, and/or selling products, systems, and/or processes that are covered by the claims of the inventions contained in the '758 Patent. Specifically, Med-Surgical's use of CBYON Systems infringes on one or more of the claims of the '758 Patent.

26. CICAS has suffered damages as the result of Med-Surgical's infringement of the '758 Patent.

## FOURTH CAUSE OF ACTION

### (Infringement of the '794 Patent)

### (35 U.S.C. § 271)

27. CICAS repeats and re-alleges paragraphs 1 through 26 of the Complaint as if fully set forth herein.

28. Med-Surgical has and continues to directly infringe, contributorily infringe, and/or induce the infringement of the '794 Patent by making, using, offering to sell, licensing, and/or selling products, systems, and/or processes that are covered by the claims of the inventions contained in the '794 Patent. Specifically, Med-Surgical's use of CBYON Systems infringes on one or more of the claims of the '794 Patent.

29. CICAS has suffered damages as the result of Med-Surgical's infringement of the '794 Patent.

## PRAYER FOR RELIEF

1. That judgment be entered in favor of CICAS against Med-Surgical Services, Inc.;

2. That Med-Surgical be preliminarily and permanently enjoined from infringing, inducing others to infringe, and/or contributorily infringing the subject patents;

3. That CICAS be awarded costs of this suit;

4. That CICAS be awarded pre-judgment interest;

5. That CICAS be awarded compensatory and special damages for the infringement of the subject patents in an amount to be determined at trial;

6. That CICAS be awarded enhanced or treble damages under 35 U.S.C. § 284;

7. That the Court declare this an exceptional case under 35 U.S.C. § 285 and award CICAS its attorneys' fees and costs incurred in connection with this action;

8. That the Court otherwise award CICAS its attorneys' fees;

9. That the Court grant such further relief as the Court deems just and proper.


WHEREFORE, a demand for jury trial is made.

Respectfully submitted,

Dated: _May 11, 2010_

By: _____

    ALI AALAEI

    Ari Law, PC

    Attorney for Plaintiff,

    CICAS, INC.

Exhibit A



US006167296A

# United States Patent [19]

## Shahidi

[11] **Patent Number:** **6,167,296**

[45] **Date of Patent:** **Dec. 26, 2000**

[54] **METHOD FOR VOLUMETRIC IMAGE NAVIGATION**

[75] Inventor: **Ramin Shahidi**, San Francisco, Calif.

[73] Assignee: **The Board of Trustees of the Leland Stanford Junior University**, Stanford, Calif.

[21] Appl. No.: **09/411,363**

[22] Filed: **Sep. 30, 1999**

**Related U.S. Application Data**

[63] Continuation of application No. 08/884,289, Jun. 27, 1997, abandoned.

[60] Provisional application No. 60/020,664, Jun. 28, 1996.

[51] Int. Cl.$^7$ ........................................ **A61B 5/00**

[52] U.S. Cl. .......................... **600/427**; 600/429; 600/117; 600/439; 606/130

[58] **Field of Search** ............................. 606/130; 600/407, 600/411, 417, 424, 425, 427, 429, 439, 109, 117

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | |
|---|---|---|
| Re. 30,397 | 9/1980 | King . |
| 4,583,538 | 4/1986 | Onik et al. . |
| 4,770,182 | 9/1988 | Damadian et al. . |
| 4,945,478 | 7/1990 | Merickel et al. . |
| 4,977,505 | 12/1990 | Pelizzari et al. . |
| 5,070,401 | 12/1991 | Salvati et al. . |
| 5,078,140 | 1/1992 | Kwoh . |
| 5,222,499 | 6/1993 | Allen et al. . |
| 5,230,338 | 7/1993 | Allen et al. . |
| 5,261,404 | 11/1993 | Mick et al. . |
| 5,299,253 | 3/1994 | Wessels . |

(List continued on next page.)

**OTHER PUBLICATIONS**

Anon J.B., et al., "Computer–Assisted Endoscopic Sinus Surgery—Current Experience and Future Developments", *Operative Techniques in Otolaryngology* (1995) 6 (3):163–170.

Ault, T. and Siegel, M.W., "Frameless Patient Registration Using Ultrasonic Imaging: A Preliminary Study" *J. Image Guid. Surg.* (1995) 1:94–102.

Bainville, E., et al., "Computer Generated Visual Assistance During Retroperitoneoscopy" *Comput. Biol. Med.* (1995) 25(2):165–171.

Brady, M.L., et al., "Interactive Navigation Inside 3D Radiological Images" IEEE (1995) pp. 33–40.

Brett, P., et al., "Automatic Surgical Tool for Penetrating Flexible Tissues" *IEEE Engin. in Med. and Biol.* (1995) May/Jun.:264–270.

Burckhardt, C.W., et al., "Stereotactic Brain Surgery" *IEEE Engin. in Med. and Biol.* (1995) May/Jun.:314–317.

(List continued on next page.)

*Primary Examiner*—Ruth S. Smith
*Attorney, Agent, or Firm*—Peter J. Dehlinger; Francis H. Lewis, Jr.

[57] **ABSTRACT**

A surgical navigation system has a computer with a memory and display connected to a surgical instrument or pointer and position tracking system, so that the location and orientation of the pointer are tracked in real time and conveyed to the computer. The computer memory is loaded with data from an MRI, CT, or other volumetric scan of a patient, and this data is utilized to dynamically display 3-dimensional perspective images in real time of the patient's anatomy from the viewpoint of the pointer. The images are segmented and displayed in color to highlight selected anatomical features and to allow the viewer to see beyond obscuring surfaces and structures. The displayed image tracks the movement of the instrument during surgical procedures. The instrument may include an imaging device such as an endoscope or ultrasound transducer, and the system displays also the image for this device from the same viewpoint, and enables the two images to be fused so that a combined image is displayed. The system is adapted for easy and convenient operating room use during surgical procedures.

**3 Claims, 15 Drawing Sheets**



**6,167,296**

Page 2

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,313,306 | 5/1994 | Kuban et al. . |
| 5,337,732 | 8/1994 | Grundfest et al. . |
| 5,363,475 | 11/1994 | Baker et al. . |
| 5,389,101 | 2/1995 | Heilbrun et al. . |
| 5,417,210 | 5/1995 | Funda et al. . |
| 5,419,320 | 5/1995 | Kawaguchi et al. . |
| 5,454,371 | 10/1995 | Fenster et al. . |
| 5,458,126 | 10/1995 | Cline et al. . |
| 5,491,510 | 2/1996 | Gove . |
| 5,531,520 | 7/1996 | Grimson et al. . |
| 5,540,229 | 7/1996 | Collet-Billon et al. . |
| 5,546,807 | 8/1996 | Oxaal et al. . |
| 5,562,095 | 10/1996 | Downey et al. . |
| 5,572,999 | 11/1996 | Funda et al. . |
| 5,585,813 | 12/1996 | Howard . |
| 5,604,848 | 2/1997 | Harada et al. . |
| 5,608,849 | 3/1997 | King, Jr. . |
| 5,611,025 | 3/1997 | Lorensen et al. . |
| 5,622,170 | 4/1997 | Schulz . |
| 5,671,381 | 9/1997 | Stransnick et al. . |
| 5,682,886 | 11/1997 | Delp et al. . |
| 5,704,897 | 1/1998 | Truppe . |
| 5,740,802 | 4/1998 | Nafis et al. . |
| 5,772,594 | 6/1998 | Barrick . |
| 5,776,050 | 7/1998 | Chen et al. . |
| 5,781,195 | 7/1998 | Marvin . |
| 5,797,849 | 8/1998 | Vesely et al. . |
| 5,800,352 | 8/1998 | Ferre et al. . |
| 5,815,126 | 9/1998 | Fan et al. . |
| 5,833,608 | 11/1998 | Acker . |
| 5,833,627 | 11/1998 | Shmulewitz et al. . |
| 5,836,954 | 11/1998 | Heilbrun et al. . |
| 5,842,473 | 12/1998 | Fenster et al. . |
| 5,855,553 | 1/1999 | Tajima et al. . |
| 5,868,673 | 2/1999 | Vesely . |
| 5,871,018 | 2/1999 | Delp et al. . |
| 5,882,206 | 3/1999 | Gillio . |
| 5,887,121 | 3/1999 | Funda et al. . |
| 5,891,034 | 4/1999 | Bucholz . |
| 5,892,538 | 4/1999 | Gibas . |
| 6,016,439 | 1/2000 | Acker ...................................... 600/411 |

#### OTHER PUBLICATIONS

Chang, Y–K., et al., "Visualizing the Anatomical–Functional Correlation of the Human Brain" *SPIE* (1995) 2410:32–41.

Charles, S., "Dexterity Enhancement for Surgery" MRCAS (1994) pp. 145–160.

Chinzei, K., et al., "Quantitative Integration of Multimodality Medical Images" *SPIE* (1992) 1808:187–195.

Cinquin, P., et al., "Computer Assisted Medical Interventions" *IEEE Engin. in Med. and Biol.* (1995) May/Jun.:254–263.

Cohen, D.S., et al., "Effects of coregistration of MR to CT images on MR stereotactic accuracy" *J. Neurosurg.* (1995) 82:772–779.

Colchester, A.C.F, et al., "Craniotomy Simulation and Guidance Using a Stereo Video Based Tracking System (VISLAN)" *SPIE* (1994) 2359:541–551.

Collins, D.L., et al., "An Automated 3D non–linear image deformation procedure for Determination of Gross Morphometric Variability in Human Brain" *SPIE* (1994) 2359:180–190.

Davey, B.L.K., et al., "Multimodality Interactive Stereoscopic Image–Guided Neurosurgury" *SPIE* (1994) 2359:526–536.

Ehricke, H–H., et al., "Interactive 3D–graphics workstations in stereotaxy: Clinical requirements, algorithms and solutions" *SPIE* (1992) 1808:548–558.

Finlay, P.A., and Ornstein, M.H., "Controlling the Movement of a Surgical Laparoscope" *IEEE Engin. in Med. and Biol.* (1995) May/Jun.:289–291.

Gee, J.C., et al., "Matching Structural Images of the Human Brain Using Statistical and Geometrical Image Features" *SPIE* (1994) 2359:191–204.

Giorgi, C., et al., "Robot–Assisted Microscope for Neurosurgery" *J. Image Guid. Surg.* (1995) 1:158–163.

Goble, J.C., et al., "A Real–Time System for 3D Neurosurgical Planning" *SPIE* (1994) 2359:552–563.

Grimson, E., et al., "Automated Registration for Enhanced Reality Visualization in Surgery" *AAAI Spring Symposium* (1994) pp. 26–29.

Hamadeh, A., et al., "Anatomy Based Multi–modal Medical Image Registration for Computer Integrated Surgery" *SPIE* (1994) 2355:178–188.

Henri, C. et al., "Towards Frameless Stereotaxy: Anatomical–Vascular Correlation and Registration" *SPIE* (1992) 1808:214–224.

Hill, D.L.G., et al., "Visualisation of multi–modal images for the planning of skull base surgery" *SPIE* (1992) 1808:564–573.

Hill, D.L.G., et al., "Voxel Similarity Measures for Automated Image Registration" *SPIE* (1994) 2359:205–216.

Horstmann, G.A., et al., "Micro–Stereometry: A Frameless Computerized Navigating System for Open Microsurgery" *Comput. Med. Imaging and Graphics* (1994) 18(4):229–233.

Jiang, H., et al., "A New Approach to 3–D Registration of Multimodality Medical Images by Surface Matching" *SPIE* (1992) 1808:196–213.

Kazanzides, P., et al., "An Integrated System for Cementless Hip Replacement" *IEEE Engin. in Med. and Biol.* (1995) May/Jun.:307–313.

Kienzle III, T.C., et al., "Total Knee Replacement" *IEEE Engin. in Med. and Biol.* (1995) May/Jun.:301–306.

Kikinis, R., et al., "Interactive visualization and manipulation of 3D reconstructions for the planning of surgical procedures" *SPIE* (1992) 1808:559–563.

Kikinis, R., et al., "Image guidance techniques for neurosurgery" *SPIE* (1994) 2359:537–540.

Lea, J.T., et al., "Diagramming Registration Connectivity and Structure" *IEEE Engin. in Med. and Biol.* (1995) May/Jun.:271–278.

Liu, A., et al., "Volume registration using the 3D core" *SPIE* (1994) 2359:217–226.

Matz, P., et al., "Cavernous Malformations: Results of Image–Guided Resection" *J. Image Guid. Surg.* (1995) 1:273–279.

Merloz, P., et al., "Pedicle Screw Placement Using Image Guided Techniques" *Clin. Orthop.* (1998) 354:39–48.

Morita, A. and Kelly, P.J., "Resection of Intraventricular Tumors via a Computer–assisted Volumetric Stereotactic Approach" *Neurosurgery* (1993) 32(6):920–927.

Nolte, L., et al., "A Novel Approach to Image Guided Spine Surgery" *SPIE* (1994) 2359:564–573.

Peifer, J.W., et al., "3–D registration and visualization of reconstructed coronary arterial trees on myocardial perfusion distributions" *SPIE* (1992) 1808:225–234.

Pérault, C., et al., "Automatic superimposition of CT and SPET immunoscintigraphic images in the pelvis" *SPIE* (1992) 1808:235–240.

**6,167,296**

Page 3

Sciabassi, J., et al., "NeuroNet: Collaborative Intraoperative Guidance and Control" *IEEE Computer Graphics and Applications* (1996) pp. 39–45.

Simon, D.A., et al., "Techniques for Fast and Accurate Intrasurgical Registration" *J. Image Guid. Surg.* (1995) 1:17–29.

Taneja, U., et al., "Evaluating the accuracy of three–dimensional image registration algorithms used in multimodal image fusion" *SPIE* (1994) 2359:238–250.

Taylor, R.H., et al., "A Telerobotic Assistant for Laproscopic Surgery" *IEEE Engin. in Med. and Biol.* (1995) May/Jun.:279–288.

Tebo, S.A., et al., "An Optical 3D Digitizer for Frameless Stereotactic Surgery" *IEEE Computer Graphics and App.* (1996) Jan.:55–63.

van den Elsen, P.A., et al., Image Fusion using geometrical features *SPIE* (1992) 1808:172–186.

van den Elsen, P.A., et al., "Medical Image Matching—A Review with Classification" *IEEE Engin. in Med. and Biol.* (1993) Mar.:26–39.

van den Elsen, P.A., et al., "Grey value correlation techniques used for automatic matching of CT and MR brain and spine images" *SPIE* (1994) 2359:227–237.

Wells, III, W.M., et al., "Multi–modal volume registration by maximization of mutual information" *Med. Image Analysis* (1996) 1(1):35–51.

Zamorano, L., et al., "Computer–Assisted Neurosurgery System: Wayne State University Hardware and Software Configuration" *Comput. Med. Imaging and Graphics* (1994) 18(4):257–271.

Zhuang, H., et al., "Practical Fusion Algorithms for Rotation Matrices: A Comparative Study" *J. of Robotic Sys.* (1992) 9(7):915–931.



**Fig. 1**



**Fig. 2**



Fig. 3



**Fig. 4**



**Fig. 5**



**Fig. 6**



**Fig. 7**



**Fig. 8**



**Fig. 9**



**Fig. 10**



**Fig. 11A**



**Fig. 11B**



1201

**Fig. 12A**



1202

**Fig. 12B**



1301

## Fig. 13A



## Fig. 13B

1302

1402





1403



# Fig. 14B          Fig. 14C



1401

# Fig. 14A



**Fig. 14D**

**Fig. 14E**

**Fig. 14F**

**Fig. 14G**

**Fig. 14H**

**Fig. 14I**

6,167,296

**1**

## METHOD FOR VOLUMETRIC IMAGE NAVIGATION

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of application Ser. No. 08/884,289, filed Jun. 27, 1997 now abandoned.

This application claims the benefit of U.S. Provisional Application Ser. No. 60/020,664 filed Jun. 28, 1996. This Provisional Application Ser. No. 60/020,664 is hereby incorporated by reference in its entirety into the present application.

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

This invention pertains generally to systems and methods for generating images of three dimensional objects for navigation purposes, and more particularly to systems and methods for generating such images in medical and surgical applications.

#### 2. Description of the Background Art

Precise imaging of portions of the anatomy is an increasingly important technique in the medical and surgical fields. In order to lessen the trauma to a patient caused by invasive surgery, techniques have been developed for performing surgical procedures within the body through small incisions with minimal invasion. These procedures generally require the surgeon to operate on portions of the anatomy that are not directly visible, or can be seen only with difficulty. Furthermore, some parts of the body contain extremely complex or small structures and it is necessary to enhance the visibility of these structures to enable the surgeon to perform more delicate procedures. In addition, planning such procedures requires the evaluation of the location and orientation of these structures within the body in order to determine the optimal surgical trajectory.

New diagnostic techniques have been developed in recent years to obtain images of internal anatomical structures. These techniques offer great advantages in comparison with the traditional X-ray methods. Newer techniques include microimpulse radar (MIR), computer tomography (CT) scans, magnetic resonance imaging (MRI), positron emission tomography (PET), ultrasound (US) scans, and a variety of other techniques. Each of these methods has advantages and drawbacks in comparison with other techniques. For example, the MRI technique is useful for generating three-dimensional images, but it is only practical for certain types of tissue, while CT scans are useful for generating images of other anatomical structures. Ultrasound scanning, in contrast, is a relatively rapid procedure; however it is limited in its accuracy and signal-to-noise ratio.

The imaging problem is especially acute in the field of neurosurgery, which involves performing delicate surgical procedures inside the skull of the patient. The above techniques have improved the surgeon's ability to locate precisely various anatomical features from images of structures within the skull. However this has only limited usefulness in the operating room setting, since it is necessary to match what the surgeon sees on the 2D image with the actual 3D patient on the operating table. The neurosurgeon is still compelled to rely to a considerable extent on his or her knowledge of human anatomy.

The stereotactic technique was developed many years ago to address this problem. In stereotactic surgery, a frame of reference is attached to the patient's head which provides

**2**

reference points for the diagnostic images. The device further includes guides for channeling the surgical tool along a desired trajectory to the target lesion within the brain. This method is cumbersome and has the drawback that the surgeon cannot actually see the structures through which the trajectory is passing. There is always the risk of damage to obstacles in the path of the incision, such as portions of the vascular or ventricular system. In essence, with previous neurosurgical techniques the surgeon is in the position much like that of a captain piloting a vessel traveling in heavy fog through waters that have many hazards, such as shoals, reefs, outcroppings of rocks, icebergs, etc. Even though the captain may have a very good map of these hazards, nevertheless there is the constant problem of keeping track of the precise location of the vessel on the map. In the same way, the neurosurgeon having an accurate image scan showing the structures within the brain must still be able to precisely locate where the actual surgical trajectory lies on the image in order to navigate successfully to the target location. In the operating room setting, it is further necessary that this correlation can be carried out without interfering with the numerous other activities that must be performed by the surgeon.

The navigation problem has been addressed in U.S. Pat. No. 5,383,454, issued Jan. 24, 1995 (Bucholz). This patent describes a system for indicating the position of a surgical probe within a head on an image of the head. The system utilizes a stereotactic frame to provide reference points, and to provide means for measuring the position of the probe tip relative to these reference points. This information is converted into an image by means of a computer.

U.S. Pat. No. 5,230,623, issued Jul. 27, 1993 (Guthrie), discloses an operating pointer whose position can be detected and read out on a computer and associated graphics display. The pointer can also be used as a "3D mouse" to enable the surgeon to control the operation of the computer without releasing the pointer.

U.S. Pat. No. 5,617,857, issued Apr. 8, 1997 (Chader et al.) sets forth an imaging system and method for interactively tracking the position of a medical instrument by means of a position-detecting system. The pointer includes small light-emitting diodes (LED), and a stationary array of radiation sensors is provided for detecting pulses emitted by these LED's and utilizing this information to ascertain dynamically the position of the pointer. Reference is made also to U.S. Pat. No. 5,622,170, issued Apr. 22, 1997 (Schulz), which describes a similar system connected to a computer display for displaying the position of an invasive surgical probe relative to a model image of the object being probed (such as a brain).

U.S. Pat. No. 5,531,227, issued Jul. 2, 1996 (Schneider) explicitly addresses the problem recognized in many other references that it is desirable to provide a real time display of a surgical probe as it navigates through the brain. This patent describes a system for providing images along the line of sight of the surgeon in a dynamic real-time fashion. In this system the images that are displayed are resliced images from a three-dimensional data reconstruction which are sections or slices orthogonal to the line of sight, taken at various positions along this line specified by the user. Thus, while the viewpoint for the line of sight is always external to the body, the sectional planes that are used to define the virtual images may constitute various slices through the body chosen by the surgeon. These images may be superimposed on actual images obtained by an image recording device directed along the line of sight such as a video camera attached to the surgeon's head, and the composite images may be displayed.

6,167,296

**3**

The systems described above attempt to address the navigation problem in various ways, and they all have the common drawback of requiring a certain level of abstract visualization by the surgeon during an operating room procedure. When the surgeon is proceeding through the brain toward a target tumor or lesion, it is desirable to be fully aware of all of the structures around the surgical trajectory. With previous systems the displays that are presented do not provide all of this information in a single convenient real-time display, and they require the viewer to piece together and re-orient the displayed information to obtain a mental picture of the surrounding structures. These are serious practical disadvantages in an operating room setting. What is absent from previous systems is a 3D display that shows, in a real-time view, the various structures looking ahead from the surgical probe along a line of sight into the brain in three and two dimensions, including structures hidden by other features.

## SUMMARY OF THE INVENTION

The present invention provides an improved system and method for displaying 3D images of anatomical structures in real time during surgery to enable the surgeon to navigate through these structures during the performance of surgical procedures. This system is also useful in planning of surgical procedures. The system includes a computer with a display and input devices such as a keyboard and mouse. The system also includes a position tracking system that is connected both to the computer and also to the surgical probes or other instruments that are used by the surgeon. The position tracking system provides continual real time data to the computer indicating the location and orientation of the surgical instrument in use. The computer further includes a memory containing patient data produced by imaging scans, such as CT or MRI scans, from which 2-dimensional and 3-dimensional images of the anatomical structure may be generated. Means are provided for registration of these images with respect to the patient.

The computer memory is further provided with programs that control the generation of these anatomical images. These programs include software for segmentation of the scan images to identify various types of structures and tissues, as well as the reconstruction of 2D and 3D images from the scan data. This software allows these images to be displayed with various magnifications and orientations, and with various sectional views produced by slice planes in various locations and orientations, all controlled by the surgeon.

This image-generating software has the important feature that it produces 3D images that are perspective views of the anatomical structures, with user-controlled means for varying the viewing orientation and location, and also varying the displayed transparency or opacity of various types of tissues, structures, and surfaces in the viewed region of interest. This enables the user to effectively "see through" surfaces and structures in the line of sight of the image to reveal other structures that would otherwise be hidden in that particular view.

Further, the images are generated from the viewpoint of the surgical probe or instrument that is in use, looking from the tip of the instrument along its longitudinal axis. Thus, when an invasive surgical instrument such as a scalpel or forceps is inserted into an incision in the body, the display provides a three dimensional perspective view of anatomical structures from a viewpoint inside the body. These images are all generated in real time "on the fly". Thus, as the

**4**

instrument is moved or rotated, the position tracking system continually provides data to the computer indicating the location and orientation of the instrument, and the displayed image is continually updated to show the structures toward which the instrument is pointing.

In addition, for probes or instruments being used that are capable themselves of generating images, such as ultrasound probes, endoscopes, or surgical microscopes, the system provides means for integrating these images with those generated from the scan data. The software enables the user to overlay the "actual images" generated by these instruments with the "virtual images" generated from the scan data.

It is an object of this invention to provide a system and method for generating an image in three dimensional perspective of anatomical structures encountered by a surgeon during the performance of surgical procedures.

A second object of this invention is to provide a system and method for generating such an image with user-controlled means for varying the location and orientation of the viewpoint corresponding to the image.

Another object of this invention is to provide a system and method for generating such an image with user-controlled means for varying the opacity of structures and surfaces in the viewed region of interest, so that the displayed image shows structures and features that would be otherwise hidden in a normal view.

Yet another object of this invention is to provide a system and method for generating such an image with a viewpoint located at the tip of the instrument being used by the surgeon in the direction along the longitudinal axis of the instrument.

Still another object of this invention is to provide a system and method for generating such an image in real time, such that the displayed image continually corresponds to the position of the instrument being used by the surgeon.

Yet a further object of this invention is to provide a system and method for comparing and combining such an image with the image produced by an image-generating instrument being used by the surgeon.

These and other objects, advantages, characteristics and features of the invention may be better understood by examining the following drawings together with the detailed description of the preferred embodiments.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic perspective drawing of the apparatus of the present invention in operating room use during the performance of neurosurgical procedures.

FIG. 2 is a schematic block diagram of the computer system and optical tracking system of the present invention.

FIG. 3 is a schematic block diagram of the navigation protocol using pre-operative data that is followed in carrying out the method of the present invention.

FIG. 4 is a schematic block diagram of the navigation protocol using ultrasound intra-operative data that is followed in carrying out the method of the present invention.

FIG. 5 is a schematic block diagram of the endoscopic protocol that is followed in carrying out the method of the present invention.

FIG. 6 is a schematic flow chart of the pre-operative computer program that implements the pre-operative protocol of the present invention.

FIG. 7 is a schematic flow chart of the intra-operative ultrasound computer program that implements the ultrasound protocol of the present invention.

5

FIG. 8 is a schematic flow chart of the intra-operative endoscope computer program that implements the endoscope protocol of the present invention.

FIG. 9 is a drawing of a display generated according to the present invention, showing axial, coronal, and sagittal views of a head, together with a three-dimensional perspective view of the head taken from an exterior viewpoint.

FIG. 10 is a drawing of a display generated according to the present invention, showing sectional axial, coronal, and sagittal views of a head, together with a three-dimensional perspective view of the head taken from an interior viewpoint.

FIG. 11a is a drawing of a plastic model of a human skull and a surgical probe that has been used to demonstrate the present invention.

FIG. 11b is another drawing of the model skull of FIG. 11a, with the top of the skull removed to show model internal structures for demonstration purposes.

FIG. 12 is a simplified reproduction of two displays produced by the present invention for the model skull shown in FIGS. 11a, 11b.

FIG. 13 is a simplified reproduction of two further displays of the invention for the skull in FIGS. 11a, 11b.

FIG. 14 is a reproduction of a composite display produced by the present invention for an actual human head.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. 1 shows the apparatus of the invention as used in performing or planning a neurosurgery operation. In this drawing the patient's head 112, has a tumor or lesion 117, which is the target object of the operation. Fiducial markers 113, 114 are attached to the head to enable registration of images generated by previously obtained scan data according to techniques familiar to persons of ordinary skill in the relevant art. A surgical probe or instrument 109 held by the surgeon is directed toward the tissues of interest. A computer 101 is connected to user input devices including a keyboard 103 and mouse 104, and a video display device 102 which is preferably a color monitor. The display device 102 is located such that it can be easily viewed by the surgeon during an operation, and the user input devices 103 and 104 are placed within easy reach to facilitate use during the surgery. The apparatus further includes a position tracking system, which is preferably an optical tracking system (hereafter "OTS") having a sensing unit 105 mounted overhead in view of the operating table scene, and at least two light emitting diodes (LED's) 110, 111 mounted on the surgical instrument 109. These LED's preferably emit continuous streams of pulsed infrared signals which are sensed by a plurality of infrared sensors 106, 107, 108 mounted in the sensing unit 105 in view of the surgical instrument 109. The instrument 109 and the sensing unit 105 are both connected to the computer 101, which controls the timing and synchronization of the pulse emissions by the LED's and the recording and processing of the infrared signals received by the detectors 106–108. The OTS further includes software for processing these signals to generate data indicating the location and orientation of the instrument 109. The OTS generates the position detecting data on a real time continuous basis, so that as the surgical instrument 109 is moved, its position and orientation are continually tracked and recorded by the sensing unit 105 in the computer 101. The OTS may be preferably of the type known as the "FlashPoint 3-D Optical Localizer", which is commercially available from Image Guided Technologies of Boulder,

6

Colo., similar to the systems described in U.S. Pat. No. 5,617,857 (Chader, et al.) and U.S. Pat. No. 5,622,170 (Schulz) discussed previously. However the invention is not limited to this particular OTS, and other position tracking systems, such as sonic position detecting systems, may also be utilized.

As illustrated in FIG. 1, the surgical instrument 109 is elongated in shape, having a longitudinal axis and tip 115 pointing toward the tissues of interest. The instrument may be an endoscope having a conical field of view 116 that is indicated by dotted lines in FIG. 1. The instrument shown in the Figure is held at a position external to the patient's head. If an incision 118 has been made into the skull, the instrument may be inserted through the incision; this alternative position is shown by dotted lines in FIG. 1. In both positions the instrument is held so that there is an unobstructed line of sight between the LED's 110, 111 and the sensing unit 105. In endoscopic and other optical viewing applications, the instrument may include a laser targeting system (not shown in the drawings) to illuminate and highlight the region under examination.

FIG. 2 shows a schematic block diagram of the computer system connected to the position tracking system. The computer 101 includes a central processing unit (CPU) 201 communicative with a memory 202, the video display 102, keyboard and mouse 103, 104, optical sensors 106–108, and LED's 110,111 (FIG. 1) mounted on the surgical instrument 109. The computer memory contains software means for operating and controlling the position tracking system. In an alternative preferred embodiment, the OTS components 105–108 may be connected to and controlled by a separate computer or controller which is connected to the computer 101 and provides continual data indicating the position and orientation of the surgical instrument 109.

The above apparatus is operated to carry out surgical protocols that are illustrated schematically in FIGS. 3–5. FIG. 3 is a schematic block diagram of the protocol for handling pre-operative data ("pre-op protocol") to generate images during surgery according to the present invention. It is assumed that three-dimensional image data of the patient's head have been previously obtained from one or more of the techniques that are known to persons of ordinary skill in the medical imaging arts. Preferably these data are acquired from CT, MIR and/or MRI scan techniques to provide images with improved accuracy and detail, compared to ultrasound scan data for example. The scan data are loaded and stored 301 into the computer memory 202 through additional input means such as disk drives or tape drives, not shown in the drawings.

The patient data is registered 302 according to one of the generally known techniques. This procedure may be either a three-dimensional registration of the entire data set, or a slice-by-slice sequence of two-dimensional registrations. Following the three-dimensional registration, the image is reconstructed 303 in memory, using volumetric or surface rendering to produce an array of 3-dimensional voxel data. Segmentation 304 is then carried out on these data to distinguish various anatomical features, such as different types of material in the head (bone, brain tissue, vascular and ventricular structures, etc.) and the location of surfaces, using one or more of known segmentation techniques. Preferably the segmentation process includes assigning different display colors to different types of structures to facilitate their identification and distinction in a color video display. For example, the vascular system may be displayed in red, the ventricular system may be shown in blue, bones may be colored brown, and so on. In a preferred embodiment

6,167,296

7

these assignments may be varied by the user by means of the keyboard 103 or mouse 104. Also in a preferred embodiment the display opacities may be varied by the user by means of the keyboard 103, mouse 104, or other input device (such as a voice-activated device) to further facilitate their identification and distinction of hidden or obstructed features in the video display. In an alternative protocol in which 2-dimensional registration is carried out, segmentation 309 can be done for each 2-dimensional image sample, and the 3-dimensional data are then reconstructed 310 from the segmented data slices. This alternative protocol is shown by dotted lines in the Figure.

Referring still to FIG. 3, the next phase of the pre-op protocol is to determine the location and orientation of the view vector 305 to define the image to be displayed. This view vector is obtained by querying the OTS to ascertain the current location and orientation of the surgical instrument 109. With this information, the three-dimensional scan data is then manipulated 306 to position and orient the resulting three-dimensional perspective view and to define cutting planes and reference markers in the displayed image indicating and clarifying this view. The manipulated three-dimensional perspective image is then displayed 307 on the video display 102. In addition, other two-dimensional images, such as 2D sectional views for any cutting planes, are preferably also displayed along with the 3D perspective display for purposes of elucidation.

Finally, the pre-op protocol is a continuing loop process in which the OTS is repeatedly queried 308 for changes in the location of the view vector corresponding to changes in the position and orientation of the surgical instrument 109. Thus the displayed images are continually being updated during the surgical procedure, and the resulting displays are constantly refreshed in real time. The image data are also stored or buffered and made available for further use 311 according to subsequent protocols.

The surgical instrument 109 may include an ultrasound transducer located at the tip 115, which itself scans and detects ultrasound imaging data when placed in contact with the patient's head. FIG. 4 is a schematic block diagram showing the intra-operative ("intra-op") ultrasound ("US") protocol for handling the US image data during surgery. Typically the ultrasound transducer is a phased focusing array which generates data from a planar fan-shaped sector of the anatomical region of interest, where the central axis of the transducer lies in the plane of the scan sector which, in this context, is collinear with the longitudinal axis of the surgical instrument 109. By rotating the instrument and transducer about this axis, US scan data is collected and stored 401 for a cone-shaped volume in the region of interest. This cone defines the "field of view" of the transducer scan.

The location and orientation of the transducer is tracked and determined 402 by the OTS, and the US data is used to reconstruct 403 three-dimensional intra-op image data for the region of interest. This data is manipulated 404 in a way analogous to the manipulation 306 of the pre-op data, and then used to generate three-dimensional images 405, together with any desired corresponding two-dimensional images of the ultrasound data. These intra-op images are fused 406 with the pre-op image generated by the pre-op protocol 311, and the composite images are further displayed. Finally, the OTS is continually strobed 407, and the ultrasound images are constantly refreshed.

FIG. 5 is a schematic block diagram of the intra-op protocol in which an endoscope is placed at the tip 115 of the

8

surgical instrument 109. This protocol is also applicable for procedures utilizing a surgical microscope in place of the endoscope. Image data is acquired 501, using a CCD camera or other known technique, representing a 2-dimensional image in a plane orthogonal to the line of sight of the endoscope or microscope, which in this context is the longitudinal axis of the surgical instrument 109. The location and orientation of the instrument is tracked and determined 502 by the OTS, and analog-to-digital ("A/D") conversion 503 is carried out on the data. The location of the viewpoint is determined 504 from the OTS data, and the endoscope or microscope image data is manipulated 505 to generate the desired image 506 for display. These intra-op images are fused 508 with the pre-op images generated by the pre-op protocol 311, and the composite images are further displayed. Finally, the OTS is continually strobed 507, and the ultrasound images are constantly refreshed.

The foregoing protocols are implemented by program modules stored in the memory 202 of the computer 101. FIG. 6 is a schematic block diagram of a flow chart for a program that implements the pre-op protocol. The program starts 601 by causing the computer to receive and load 602 previously obtained scan data for the patient, such as MRI or CT data. The computer further reads data from the OTS 603 to register the scanned patient data 604. For 3D volumetric rendering, the scanned data is used to reconstruct image data 605 in three dimensions, and segmentation 606 is carried out on this reconstruction. In an alternative embodiment, shown by dotted lines in the Figure, segmentation is carried out on 2D slices 615, and these segmented slices are then reconstructed into the full 3D image data.

The program next reads input data from the keyboard 103 or mouse 104 to enable the user to select a field of view for image displays 607. The image data is then manipulated and transformed 608 to generate the requested view, along with any selected reference markers, material opacities, colors, and other options presented to the user by the program. In addition, the user may request a 3D display of the entire head, together with a superimposed cone showing the field of view for an endoscope, microscope, ultrasound transducer, or other viewing device being used during the surgery. The resulting manipulated image is then displayed 609 preferably in color on the video display 102. The computer next reads the OTS data 610 and determines 611 whether the surgical instrument has moved. If so, program control returns to the selection of a new field of view 607 and the successive operations 608–610 shown in FIG. 6. If the position of the instrument has not changed, the displayed image is stored 612, refreshing any previously stored display image. The program further looks for requests from the user 613 whether to discontinue operation, and if there are no such requests, the operations 611 and 612 are repeated. Thus the computer remains in a loop of operations until the user requests termination 614.

FIG. 7 is a schematic block diagram of a flow chart for a program that implements the ultrasound intra-op protocol. The program starts 701 by causing the computer to receive and load the data from a US transducer at the tip 115 of the surgical instrument 109. Such data is produced normally using polar or spherical coordinates to specify locations in the region of interest, and the program converts 703 this data preferably to Cartesian coordinates. Next, OTS data is read 704 to determine the position and orientation of the surgical instrument 109, and US data from the aggregation of aligned data slices is utilized to reconstruct 3D image data 705 representing the US scan data. This image data is manipulated and transformed 706 by the program in a manner

6,167,296

9                                                                10

similar to the manipulation **608** of the pre-op data **606**, and the resulting image is displayed **707**.

Similarly to the pre-op program shown in FIG. 6, the OTS is queried **709** to determine whether the surgical instrument has moved **713**, and if so a new US display image is constructed. In a preferred embodiment, the program queries the user **716** whether to carry out another US scan of the region of interest. If so, program control returns to the operation **702** in FIG. 7 and fresh US data is obtained by the US transducer. If another scan is not requested **716**, the program returns to operation **705** and a new 3D image is reconstructed from the present US scan data.

If the OTS query **709** determines that the surgical instrument has not moved since the last query, the US image is fused **710** with the pre-op image obtained by the program shown in FIG. 6, and the combined image is displayed **711**. The OTS is again queried **712** to determine **713** whether the surgical instrument has moved. If so, the program returns to the new scan user query **716**. Otherwise the program further looks for requests from the user **714** whether to discontinue operation, and if there are no such requests, the operation **713** is repeated. Thus the computer remains in a loop of operations until the user requests termination **715**, similarly to the pre-op program of FIG. 6.

The endoscope/microscope intra-op protocol is implemented preferably by the endoscope intra-op program having a flow chart shown in schematic block diagram form in FIG. **8**. Upon starting **801**, the program causes the computer to receive and load image data from the endoscope **802**. This data is digitized **803** and preferably displayed **804** on the video display **102**. The OTS is queried **805** to receive information determining the location and orientation of the endoscope **806**. Using this information, the pre-op data obtained by the pre-op program illustrated in FIG. **6** is retrieved **807**, and utilized to reconstruct a 3-dimensional virtual image **808** from the viewpoint of the endoscope. This image is displayed **809**, in a manner similar to the 3D display of images by the pre-op program illustrated in FIG. 6. This image is fused **810** with the endoscope image displayed in operation **804**, and the combined image is also displayed **811**. The OTS is then strobed **812** to determine **813** whether the endoscope has moved since the last query, and if so, program control returns to the operation **802** which refreshes the image data received by the endoscope. Otherwise the program further looks for requests from the user **814** whether to discontinue operation, and if there are no such requests, the operation **813** is repeated. Thus the computer remains in a loop of operations until the user requests termination **815**, similarly to the pre-op and intra-op programs of FIGS. 6 and 7.

The foregoing program modules may be designed independently, and they can be configured also to run independently. Thus, the pre-op program may be completed, followed by running of either or both of the intra-op programs. Preferably, however, these programs operate in parallel during surgery so that the pre-op data images and intra-op data images are all continually refreshed as the operation proceeds. Known methods for parallel execution of programs may be utilized to accomplish this result.

The above programs are carried out preferably on a computer **101** that is adapted for computer graphics applications. Suitable computers for these programs are commercially available from Silicon Graphics, Inc. of Mountain View, Calif. Graphics software modules for most of the individual image processing operations in the above programs are also available from Silicon Graphics, Inc. as well as other sources.

Referring now to FIG. 9, the drawing shows a highly simplified sketch of a three-dimensional image display **901** obtained by the above system with the surgical probe **109** of FIG. 1 in the position illustrated, pointing toward the target lesion or tumor **117** inside the patient's head **112**. The display **901** is a perspective view from the tip **115** of the probe **109** in FIG. 1. This display is continuously refreshed, so that as the probe **109** is moved the displayed image **901** immediately changes. It will be noted that, although the probe **109** in FIG. 1 is shown entirely outside the patient's head, the display **901** shows internal anatomical structures such as the brain and the target lesion **117**. With the present system, the display characteristics can be adjusted in real time to emphasize or de-emphasize the internal structures. These structures may be distinguished by displays with different colors for different types of material. Also, the display opacity of the skin, skull, and brain tissue may be reduced to provide or emphasize further structural details regarding the target lesion **117**. In short, the display **901** effectively equips the surgeon with "X-ray eyes" to look at hidden structures through obstructing surfaces and objects. With this display, the entire internal structure of the head may be examined and studied to plan a surgical trajectory before any incision is made. Furthermore, if the surgical instrument **109** in FIG. 1 is a scalpel, the display **901** allows the surgeon to see any structures immediately behind a surface prior to the first incision. FIG. 9 shows also the conventional axial **902**, coronal **903** and sagittal **904** 2D displays for purposes of further clarification and elucidation of the region under examination.

When the surgical instrument **109** is an endoscope or US transducer, the field of view **116** is also indicated in the display **901** by the quasi-circular image **905** indicating the intersection of the conical field of view **116** with the surface of the skin viewed by the endoscope **109**. This conical field of view is also superimposed, for completeness, in the 2D displays **902**–**904**. In a preferred embodiment, displays are also presented showing the actual image seen by the endoscope in the field of view **905**, and the 3D perspective image for the same region in the field of view **905**; these auxiliary displays are not shown in the drawings. Similar auxiliary displays are preferably included when the instrument **109** is an ultrasound transducer.

After an incision **118** has been made in the patient's head, the endoscope may be inserted to provide an internal view of the target anatomy. Referring now to FIG. **10**, the drawing shows a highly simplified sketch of a three-dimensional image display **1001** obtained by the above system with the endoscope **109** of FIG. 1 in the alternative position shown by the dotted lines, pointing toward the target lesion or tumor **117**. The display **1001** has been manipulated to provide a three-dimensional sectional view with a cutting plane passing through the tip **115** of the endoscope **109** and orthogonal to its axis. Again, the endoscope field of view **905** is indicated in the display, and in a preferred embodiment auxiliary displays are also presented showing the actual image seen by the endoscope in the field of view **905**, and the 3D perspective image for the same region in the field of view **905**; these auxiliary displays are also not shown in FIG. **10**. This Figure further preferably includes also the conventional axial **1002**, coronal **1003** and sagittal **1004** 2D displays for purposes of further clarification and elucidation.

FIGS. 11a, 11b, 12 and 13 illustrate further the three-dimensional displays that are produced by a preferred embodiment of the present invention. Referring to FIGS. 11a, 11b, a plastic model of a skull has been fabricated having a base portion **1102** and a removable top portion

6,167,296

**11**

1101. These Figures show the model skull 1101, 1102 resting on a stand 1106. FIG. 11a also shows a pointer 1104 with LED's 1101 connected to an OTS (not shown in the drawing) that has been used to generate displays according to the invention. A plurality of holes 1103 in the top portion 1101 are provided, which allow the pointer 1104 to be extended into the interior of the skull. FIG. 11b shows the skull with the top portion 1103 removed. A plastic model of internal structures 1107 is fabricated inside the skull; these internal structures are easily recognizable geometric solids, as illustrated in the Figure.

The skull of FIGS. 11a, 11b has been scanned to generate "pre-op" image data, which has been utilized to produce the displays shown in FIGS. 12, 13. FIG. 12 is a composite of two displays 1201, 1202 of the skull with the pointer 1104 directed toward the skull from a top center external location, similar to the location and orientation of the pointer shown in FIG. 1. The display 1201 is a three-dimensional perspective view from this pointer location. The display 1202 is the same view, but with the display opacity of the skull material reduced. This reduced opacity makes the internal structure 1107 clearly visible, as shown in the Figure. During actual use, the system enables the surgeon to vary this opacity in real time to adjust the image so that both the skull structure and the internal structure are visible in the display in various proportions.

It will be noted that the surface contour lines shown in the display 1201 are produced by the finite size of the rendering layers or voxels. These contour lines may be reduced by smoothing the data, or by reducing the sizes of the voxels or layers.

FIG. 13 is a composite of two further displays with the pointer 1104 moved to extend through one of the openings 1103. Display 1302 is the view from the tip of the pointer inside the skull. Display 1301 is a view of the entire structure from outside the skull along the pointer axis; in other words, display 1302 is substantially a magnification of part of display 1301. Display 1301 shows the skull with a portion cut away by a cutting plane through the tip of the pointer, perpendicular to the pointer axis. Both of these displays clearly illustrate the perspective nature of the three-dimensional displays generated by the present invention.

Finally, FIG. 14 is a simplified composite of displays generated by the system for an actual human head. Display 1401 is a perspective view of the entire head with a cutaway portion defined by orthogonal cutting planes as shown. This display also shows the field of view of an endoscope pointing toward the head along the intersection line of the two cutting planes, with the tip of the endoscope at the apex of the cone. Display 1402 shows the two-dimensional sectional view produced by the vertical cutting plane, and display 1403 shows the corresponding sectional view produced by the horizontal cutting plane. Furthermore, the images in displays 1402 and 1403 are also transformed (rotated and magnified) and superimposed on the three-dimensional image in display 1401.

Both of these displays indicate also the intersection of the cutting planes with the conical field of view. Display 1404 is the actual image seen by the endoscope. Display 1405 is a virtual perspective view of the endoscope image reconstructed from scan data by volume rendering in accordance with the present invention. Display 1406 is a virtual perspective view of the image from the endoscope viewpoint with a narrower field of view, reconstructed from scan data by surface rendering in accordance with the present invention. This display 1406 would be used with a surgical probe in planning a surgical trajectory. Display 1407 is a magni-

**12**

fication of 1406 produced at display 1405 at a wider field of view, showing the virtual image that would be seen through a microscope. Finally, display 1408 is a segmented three-dimensional perspective view of the entire head from the scan data utilizing surface rendering, and display 1409 is the same view with volume rendering. FIG. 14 illustrates the rich variety and versatility of the displays that are possible with the present system. All of these displays are presented to the surgeon in real time, simultaneously, and can be varied on line.

It is apparent from the foregoing description that this invention provides improved means for navigating through the anatomy during actual surgical procedures. The system enables the surgeon to select and adjust the display with the same tool that is being utilized to perform the procedure, without requiring extra manual operations. Since the displays are provided immediately in real time, the imaging does not require any interruption of the procedure. In addition, the virtual images provided by this system are continuously correlated with the images that are obtained through conventional means.

It will be further appreciated by persons of ordinary skill in the art that the invention is not limited in its application to neurosurgery, or any other kind of surgery or medical diagnostic applications. For example, systems implementing the invention can be implemented for actual nautical or aviation navigation utilizing information from satellites to obtain the "pre-op" scan data. The pointing device can be implemented by the vessel or aircraft itself, and the video display could be replaced by special imaging goggles or helmets.

The foregoing description of the preferred embodiments of the invention has been presented solely for purposes of illustration and description, and is not exhaustive or limited to the precise forms disclosed. Many modifications and variations are possible in light of the above teaching. The spirit and scope of the invention are to be defined by reference to the following claims, along with their full scope of equivalents.

What is claimed is:

1. A method for facilitating a diagnostic or surgical procedure involving a subsurface target site in a patient, comprising

(a) acquiring volumetric scan data of the target site,

(b) moving a medical instrument to a selected orientation with respect to the patient target site;

(c) determining the orientation of the medical instrument with respect to the patient target site;

(d) selecting a field-of-view angle,

(e) constructing from the volumetric scan data, a volumetric perspective image of the target site, as seen from the orientation of the medical instrument, at the selected field-of-view angle, and

(f) displaying said perspective image to a person manipulating the instrument, in real time, allowing the person to visualize subsurface target structure at the selected field-of-view angle, as the medical instrument is moved with respect to the patient target site.

2. The method of claim 1, wherein said medical instrument is an endoscope operable to generate a visual image from the perspective of a distal-end lens.

3. The method of claim 2, wherein said displaying includes simultaneously displaying the image produced by the endoscope and the perspective image generated by said constructing.

*  *  *  *  *

Exhibit B

US006591130B2

(12) **United States Patent**
Shahidi

(10) Patent No.: **US 6,591,130 B2**
(45) Date of Patent: **Jul. 8, 2003**

(54) **METHOD OF IMAGE-ENHANCED ENDOSCOPY AT A PATIENT SITE**

(75) Inventor: **Ramin Shahidi**, San Francisco, CA (US)

(73) Assignee: **The Board of Trustees of the Leland Stanford Junior University**, Stanford, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/747,463**

(22) Filed: **Dec. 22, 2000**

(65) **Prior Publication Data**

US 2001/0016684 A1 Aug. 23, 2001

**Related U.S. Application Data**

(63) Continuation of application No. 09/411,363, filed on Sep. 30, 1999, now Pat. No. 6,167,296, which is a continuation of application No. 08/884,289, filed on Jun. 27, 1997, now abandoned.
(60) Provisional application No. 60/020,664, filed on Jun. 28, 1996.

(51) Int. Cl.[7] ................................................. **A61B 5/00**
(52) U.S. Cl. ....................... 600/424; 600/427; 600/429; 600/117
(58) Field of Search ................................. 600/407, 425, 600/427, 429, 117, 424, 109; 606/130

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| RE30,397 E | 9/1980 | King |
| 4,583,538 A | 4/1986 | Onik et al. |
| 4,770,182 A | 9/1988 | Damadian et al. |
| 4,945,478 A | 7/1990 | Merickel et al. |
| 4,977,505 A | 12/1990 | Pelizzari et al. |

(List continued on next page.)

OTHER PUBLICATIONS

Anon J.B., et al., "Computer–Assisted Endoscopic Sinus Surgery—Current Experience and Future Developments" *Operative Techniques in Otolaryngology* (1995) 6(3):163–170.

Ault, T. and Siegel, M.W., "Frameless Patient Registration Using Ultrasonic Imaging: A Preliminary Study" *J. Image Guid. Surg.* (1995) 1:94–102.

Bainville, E., et al., "Computer Generated Visual Assistance During Retroperitoneoscopy" *Comput. Biol. Med.* (1995) 25(2):165–171.

Brady, M.L., et al., "Interactive Navigation Inside 3D Radiological Images" *IEEE* (1995) pp. 33–40.

(List continued on next page.)

*Primary Examiner*—Ruth S. Smith
(74) *Attorney, Agent, or Firm*—Peter J. Dehlinger; Perkins Coie LLP

(57) **ABSTRACT**

A surgical navigation system has a computer with a memory and display connected to a surgical instrument or pointer and position tracking system, so that the location and orientation of the pointer are tracked in real time and conveyed to the computer. The computer memory is loaded with data from an MRI, CT, or other volumetric scan of a patient, and this data is utilized to dynamically display 3-dimensional perspective images in real time of the patient's anatomy from the viewpoint of the pointer. The images are segmented and displayed in color to highlight selected anatomical features and to allow the viewer to see beyond obscuring surfaces and structures. The displayed image tracks the movement of the instrument during surgical procedures. The instrument may include an imaging device such as an endoscope or ultrasound transducer, and the system displays also the image for this device from the same viewpoint, and enables the two images to be fused so that a combined image is displayed. The system is adapted for easy and convenient operating room use during surgical procedures.

**1 Claim, 15 Drawing Sheets**



**US 6,591,130 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,070,401 A | 12/1991 | Salvati et al. |
| 5,078,140 A | 1/1992 | Kwoh |
| 5,222,499 A | 6/1993 | Allen et al. |
| 5,230,338 A | 7/1993 | Allen et al. |
| 5,261,404 A | 11/1993 | Mick et al. |
| 5,299,253 A | 3/1994 | Wessels |
| 5,313,306 A | 5/1994 | Kuban et al. |
| 5,337,732 A | 8/1994 | Grundfest et al. |
| 5,363,475 A | 11/1994 | Baker et al. |
| 5,389,101 A | 2/1995 | Heilbrun et al. |
| 5,417,210 A | 5/1995 | Funda et al. |
| 5,419,320 A | 5/1995 | Kawaguchi et al. |
| 5,454,371 A | 10/1995 | Fenster et al. |
| 5,458,126 A | 10/1995 | Cline et al. |
| 5,491,510 A | 2/1996 | Gove |
| 5,531,520 A | 7/1996 | Grimson et al. |
| 5,540,229 A | 7/1996 | Collet-Billon et al. |
| 5,546,807 A | 8/1996 | Oxaal et al. |
| 5,562,095 A | 10/1996 | Downey et al. |
| 5,572,999 A | 11/1996 | Funda et al. |
| 5,585,813 A | 12/1996 | Howard |
| 5,604,848 A | 2/1997 | Harada et al. |
| 5,608,849 A | 3/1997 | King, Jr. |
| 5,611,025 A | 3/1997 | Lorensen et al. |
| 5,622,170 A | 4/1997 | Schulz |
| 5,671,381 A | 9/1997 | Strassnick et al. |
| 5,682,886 A | 11/1997 | Delp et al. |
| 5,704,897 A | 1/1998 | Truppe |
| 5,740,802 A | 4/1998 | Nafils et al. |
| 5,772,594 A | 6/1998 | Barrick |
| 5,776,050 A | 7/1998 | Chen et al. |
| 5,781,195 A | 7/1998 | Marvin |
| 5,797,849 A | 8/1998 | Vesely |
| 5,800,352 A | 9/1998 | Ferre et al. |
| 5,815,126 A | 9/1998 | Fan et al. |
| 5,833,608 A | 11/1998 | Acker |
| 5,833,627 A | 11/1998 | Shmulewitz et al. |
| 5,836,954 A | 11/1998 | Heilbrun et al. |
| 5,842,473 A | 12/1998 | Fenster et al. |
| 5,855,553 A | 1/1999 | Tajima et al. |
| 5,868,673 A | 2/1999 | Vesely |
| 5,871,018 A | 2/1999 | Delp et al. |
| 5,882,206 A | 3/1999 | Gillio |
| 5,887,121 A | 3/1999 | Funda et al. |
| 5,891,034 A | 4/1999 | Bucholz |
| 5,892,538 A | 4/1999 | Gibas |

## OTHER PUBLICATIONS

Brett, P.N., et al., "Automatic Surgical Tools for Penetrating Flexible Tissues" *IEEE Engin. in Med. and Biol.* (1995) May/Jun.:264–270.

Burckhardt, C.W., et al., "Stereotactic Brain Surgery" *IEEE Engin. in Med. and Biol.* (1995) May/Jun.:314–317.

Chang, Y.K., et al., "Visualizing the Anatomical–Functional Correlation of the Human Brain" *SPIE* (1995) 2410:32–41.

Charles, S., "Dexterity Enhancement for Surgery" MRCAS (1994) pp. 145–160.

Chinzei, K., et al., "Quantitative Integration of Multimodality Medical Images" *SPIE* (1992) 1808:187–195.

Cinquin, P., et al., "Computer Assisted Medical Interventions" *IEEE Engin. in Med. and Biol.* (1995) May/Jun.:254–263.

Cohen, D.S., et al., "Effects of coregistration of MR to CT images on MR stereotactic accuracy" *J. Neurosurg.* (1995) 82:772–779.

Colchester, A.C.F., et al., "Craniotomy Simulation and Guidance Using a Stereo Video Based Tracking System (VISLAN)" *SPIE* (1994) 2359:541–551.

Collins, D.L., et al., "An Automated 3D non–linear image deformation procedure for Determination of Gross Morphometric Variability in Human Brain" *SPIE* (1994) 2359:180–190.

Davey, B.L.K., et al., "Multimodality Interactive Stereoscopic Image–Guided Neurosurgury" *SPIE* (1994) 2359:526–536.

Ehricke, H–H., et al., "Interactive 3D–graphics workstations in stereotaxy: Clinical requirements, algorithms and solutions" *SPIE* (1992) 1808:548–558.

Finlay, P.A., and Ornstein, M.H., "Controlling the Movement of a Surgical Laparoscope" *IEEE Engin. in Med. and Biol.* (1995) May/Jun.:289–291.

Gee, J.C., et al., "Matching Structural Images of the Human Brain Using Statistical and Geometrical Image Features" *SPIE* (1994) 2359:119–204.

Giorgi, C., et al., "Robot–Assisted Microscope for Neurosurgery" *J. Image Guid. Surg.* (1995) 1:158–163.

Goble J.C., et al., "A Real–Time System for 3D Neurosurgical Planning" *SPIE* (1994) 2359:552–563.

Grimson, E., et al., "Automated Registration for Enhanced Reality Visualization in Surgery" *AAAL Sprin Symposium* (1994) pp. 26–29.

Hamadeh, A., et al., "Anatomy Based Multi–modal Medical Image Registration for Computer Integrated Surgery" *SPIE* (1994) 2355:178–188.

Henri, C.J., et al., "Towards Frameless Stereotaxy: Antomical–Vascular Correlation and Registration" *SPIE* (1992) 1808:214–224.

Hill, D.L.G., et al., "Visualisation of multi–modal images for the planning of skull base surgery" *SPIE* (1992) 1808:564–573.

Hill D.L.G., et al., "Voxel Similarity Measures for Automated Image Registration" *SPIE* (1994) 2359:205–216.

Horstmann, G.A., et al., "Micro–Stereometry: A Frameless Computerized Navigating System for Open Microsurgery" *Comput. Med. Imaging and Graphics* (1994) 18(4):229–233.

Jiang, H., et al., "A New Approach to 3–D Registration of Multimodality Medical Images by Surface Matching" *SPIE* (1992) 1808:196–213.

Kazanzides, P., et al., "An Integrated System for Cementless Hip Replacement" *IEEE Engin. in Med. and Biol.* (1995) May/Jun.:307–313.

Kienzle III, T.C., et al., "Total Knee Replacement" *IEEE Engin. in Med. and Biol.* (1995) May/Jun.:301–306.

Kikinis, R., et al., "Interactive visualization and manipulation of 3D reconstructions for the planning of surgical procedures" *SPIE* (1992) 1808:559–563.

Kikinis, R., et al., "Image guidance techniques for neurosurgery" *SPIE* (1994) 2359:537–540.

Lea, J.T., et al., "Diagramming Registration Connectivity and Structure" *IEEE Engin. in Med. and Biol.* (1995) May/Jun.:271–278.

Liu, A., et al., "Volume registration using the 3D core" *SPIE* (1994) 2359:217–226.

Matz, P., et al., "Cavernous Malformations: Results of Image–Guided Resection" *J. Image Guid. Surg.* (1995) 1:273–279.

Merloz et al., "Pedicle Screw Placement Using Image Guided Techniques" *Clin. Orthop.* (1998) 354:39–48.

Morita, A. and Kelly, P.J., "Resection of Intraventricular Tumors via a Computer–assisted Volumetric Stereotactic Approach" *Neurosurgery* (1993) 32(6):920–927.

Nolte, L., et al., "A Novel Approach to Image Guided Spine Surgery" *SPIE* (1994) 2359:564–573.

Peifer, J.W., et al., "3–D registration and visualization of reconstructed coronary arterial trees on myocarcial perfusion distributions" *SPIE* (1992) 1808:225–234.

Pérault, C., et al., "Automatic superimposition of CT and SPET immunoscintigraphic images in the pelvis" *SPIE* (1992) 1808:235–240.

Sclabassi, R.J., et al., "NeuroNet: Collaborative Intraoperative Guidance and Control" *IEEE Computer Graphics and Applications* (1996) pp. 39–45.

Simon, D.A., et al., "Techniques for Fast and Accurate Intrasurgical Registration" *J. Image Guid. Surg.* (1995) 1:17–29.

Taneja, U., et al., "Evaluating the accuracy of three–dimensional image registration algorithms used in multimodal image fusion" *SPIE* (1994) 2359:238–250.

Taylor, R.H., et al., "A Telerobotic Assistant for Laparoscopic Surgery" *IEEE Engin. in Med. and Biol.* (1995) May/Jun.:279–288.

Tebo, S.A., et al., "An Optical 3D Digitizer for Frameless Stereotactic Surgery" *IEEE Computer Graphics and App.* (1996) Jan.:55–63.

van den Elsen, P.A., et al., Image Fusion using geometrical features *SPIE* (1992) 1808:172–186.

van den Elsen, P.A., et al., "Medical Image Matching—A Review with Classification" *IEEE Engin. in Med. and Biol.* (1993) Mar.:26–39.

van den Elsen, P.A., et al., "Grey value correlation techniques used for automatic matching of CT and MR brain and spine images" *SPIE* (1994) 2359:227–237.

Wells III, W.M., et al., "Multi–modal volume registration by maximization of mutual information" *Med. Image Analysis* (1996) 1(1):35–51.

Zamorano, L., et al., "Computer–Assisted Neurosurgery System: Wayne State University Hardware and Software Configuration" *Comput. Med. Imaging and Graphics* (1994) 18(4):257–271.

Zhuang, H., et al., "Practical Fusion Algorithms for Rotation Matrices: A Comparative Study" *J. of Robotic Sys.* (1992) 9(7):915–931.



**Fig. 1**



**Fig. 2**



**Fig. 3**

Case4:10-cv-02042-CW Document1 Filed05/12/10 Page39 of 95



**Fig. 4**



**Fig. 5**



**Fig. 6**



**Fig. 7**



**Fig. 8**

Case4:10-cv-02042-CW  Document1   Filed05/12/10   Page44 of 95



**Fig. 9**



**Fig. 10**



**Fig. 11A**



**Fig. 11B**



1201

**Fig. 12A**



1202

**Fig. 12B**



1301

**Fig. 13A**



**Fig. 13B**    1302

Case4:10-cv-02042-CW Document1 Filed05/12/10 Page49 of 95

1402

1403



## Fig. 14B     Fig. 14C



1401

## Fig. 14A



Fig. 14D     Fig. 14E

Fig. 14F     Fig. 14G

Fig. 14H     Fig. 14I

**1**

## METHOD OF IMAGE-ENHANCED ENDOSCOPY AT A PATIENT SITE

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 09/411,363, filed Sep. 30, 1999, now U.S. Pat. No. 6,167,296, which is a continuation of U.S. patent application Ser. No. 08/884,289, filed Jun. 27, 1997, now abandoned, which claims benefit of U.S. Provisional Application Serial No. 60/020,664, filed Jun. 28, 1996, now abandoned all of which are incorporated in their entirety herein by reference.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention pertains generally to systems and methods for generating images of three dimensional objects for navigation purposes, and more particularly to systems and methods for generating such images in medical and surgical applications.

2. Description of the Background Art

Precise imaging of portions of the anatomy is an increasingly important technique in the medical and surgical fields. In order to lessen the trauma to a patient caused by invasive surgery, techniques have been developed for performing surgical procedures within the body through small incisions with minimal invasion. These procedures generally require the surgeon to operate on portions of the anatomy that are not directly visible, or can be seen only with difficulty. Furthermore, some parts of the body contain extremely complex or small structures and it is necessary to enhance the visibility of these structures to enable the surgeon to perform more delicate procedures. In addition, planning such procedures requires the evaluation of the location and orientation of these structures within the body in order to determine the optimal surgical trajectory.

New diagnostic techniques have been developed in recent years to obtain images of internal anatomical structures. These techniques offer great advantages in comparison with the traditional X-ray methods. Newer techniques include microimpulse radar (MIR), computer tomography (CT) scans, magnetic resonance imaging (MRI), positron emission tomography (PET), ultrasound (US) scans, and a variety of other techniques. Each of these methods has advantages and drawbacks in comparison with other techniques. For example, the MRI technique is useful for generating three-dimensional images, but it is only practical for certain types of tissue, while CT scans are useful for generating images of other anatomical structures. Ultrasound scanning, in contrast, is a relatively rapid procedure; however it is limited in its accuracy and signal-to-noise ratio.

The imaging problem is especially acute in the field of neurosurgery, which involves performing delicate surgical procedures inside the skull of the patient. The above techniques have improved the surgeon's ability to locate precisely various anatomical features from images of structures within the skull. However this has only limited usefulness in the operating room setting, since it is necessary to match what the surgeon sees on the 2D image with the actual 3D patient on the operating table. The neurosurgeon is still compelled to rely to a considerable extent on his or her knowledge of human anatomy.

The stereotactic technique was developed many years ago to address this problem. In stereotactic surgery, a frame of

**2**

reference is attached to the patient's head which provides reference points for the diagnostic images. The device further includes guides for channeling the surgical tool along a desired trajectory to the target lesion within the brain. This method is cumbersome and has the drawback that the surgeon cannot actually see the structures through which the trajectory is passing. There is always the risk of damage to obstacles in the path of the incision, such as portions of the vascular or ventricular system. In essence, with previous neurosurgical techniques the surgeon is in the position much like that of a captain piloting a vessel traveling in heavy fog through waters that have many hazards, such as shoals, reefs, outcroppings of rocks, icebergs, etc. Even though the captain may have a very good map of these hazards, nevertheless there is the constant problem of keeping track of the precise location of the vessel on the map. In the same way, the neurosurgeon having an accurate image scan showing the structures within the brain must still be able to precisely locate where the actual surgical trajectory lies on the image in order to navigate successfully to the target location. In the operating room setting, it is further necessary that this correlation can be carried out without interfering with the numerous other activities that must be performed by the surgeon.

The navigation problem has been addressed in U.S. Pat. No. 5,383,454, issued Jan. 24, 1995 (Bucholz). This patent describes a system for indicating the position of a surgical probe within a head on an image of the head. The system utilizes a stereotactic frame to provide reference points, and to provide means for measuring the position of the probe tip relative to these reference points. This information is converted into an image by means of a computer.

U.S. Pat. No. 5,230,623, issued Jul. 27, 1993 (Guthrie), discloses an operating pointer whose position can be detected and read out on a computer and associated graphics display. The pointer can also be used as a "3D mouse" to enable the surgeon to control the operation of the computer without releasing the pointer.

U.S. Pat. No. 5,617,857, issued Apr. 8, 1997 (Chader et al.) sets forth an imaging system and method for interactively tracking the position of a medical instrument by means of a position-detecting system. The pointer includes small light-emitting diodes (LED), and a stationary array of radiation sensors is provided for detecting pulses emitted by these LED's and utilizing this information to ascertain dynamically the position of the pointer. Reference is made also to U.S. Pat. No. 5,622,170, issued Apr. 22, 1997 (Schulz), which describes a similar system connected to a computer display for displaying the position of an invasive surgical probe relative to a model image of the object being probed (such as a brain).

U.S. Pat. No. 5,531,227, issued Jul. 2, 1996 (Schneider) explicitly addresses the problem recognized in many other references that it is desirable to provide a real time display of a surgical probe as it navigates through the brain. This patent describes a system for providing images along the line of sight of the surgeon in a dynamic real-time fashion. In this system the images that are displayed are resliced images from a three-dimensional data reconstruction which are sections or slices orthogonal to the line of sight, taken at various positions along this line specified by the user. Thus, while the viewpoint for the line of sight is always external to the body, the sectional planes that are used to define the virtual images may constitute various slices through the body chosen by the surgeon. These images may be superimposed on actual images obtained by an image recording device directed along the line of sight such as a video camera

**3**

attached to the surgeon's head, and the composite images may be displayed.

The systems described above attempt to address the navigation problem in various ways, and they all have the common drawback of requiring a certain level of abstract visualization by the surgeon during an operating room procedure. When the surgeon is proceeding through the brain toward a target tumor or lesion, it is desirable to be fully aware of all of the structures around the surgical trajectory. With previous systems the displays that are presented do not provide all of this is information in a single convenient real-time display, and they require the viewer to piece together and re-orient the displayed information to obtain a mental picture of the surrounding structures. These are serious practical disadvantages in an operating room setting. What is absent from previous systems is a 3D display that shows, in a real-time view, the various structures looking ahead from the surgical probe along a line of sight into the brain in three and two dimensions, including structures hidden by other features.

## SUMMARY OF THE INVENTION

The present invention provides an improved system and method for displaying 3D images of anatomical structures in real time during surgery to enable the surgeon to navigate through these structures during the performance of surgical procedures. This system is also useful in planning of surgical procedures. The system includes a computer with a display and input devices such as a keyboard and mouse. The system also includes a position tracking system that is connected both to the computer and also to the surgical probes or other instruments that are used by the surgeon. The position tracking system provides continual real time data to the computer indicating the location and orientation of the surgical instrument in use. The computer further includes a memory containing patient data produced by imaging scans, such as CT or MRI scans, from which 2-dimensional and 3-dimensional images of the anatomical structure may be generated. Means are provided for registration of these images with respect to the patient.

The computer memory is further provided with programs that control the generation of these anatomical images. These programs include software for segmentation of the scan images to identify various types of structures and tissues, as well as the reconstruction of 2D and 3D images from the scan data. This software allows these images to be displayed with various magnifications and orientations, and with various sectional views produced by slice planes in various locations and orientations, all controlled by the surgeon.

This image-generating software has the important feature that it produces 3D images that are perspective views of the anatomical structures, with user-controlled means for varying the viewing orientation and location, and also varying the displayed transparency or opacity of various types of tissues, structures, and surfaces in the viewed region of interest. This enables the user to effectively "see through" surfaces and structures in the line of sight of the image to reveal other structures that would otherwise be hidden in that particular view.

Further, the images are generated from the viewpoint of the surgical probe or instrument that is in use, looking from the tip of the instrument along its longitudinal axis. Thus, when an invasive surgical instrument such as a scalpel or forceps is inserted into an incision in the body, the display provides a three dimensional perspective view of anatomical

**4**

structures from a viewpoint inside the body. These images are all generated in real time "on the fly". Thus, as the instrument is moved or rotated, the position tracking system continually provides data to the computer indicating the location and orientation of the instrument, and the displayed image is continually updated to show the structures toward which the instrument is pointing.

In addition, for probes or instruments being used that are capable themselves of generating images, such as ultrasound probes, endoscopes, or surgical microscopes, the system provides means for integrating these images with those generated from the scan data. The software enables the user to overlay the "actual images" generated by these instruments with the "virtual images" generated from the scan data.

It is an object of this invention to provide a system and method for generating an image in three dimensional perspective of anatomical structures encountered by a surgeon during the performance of surgical procedures.

A second object of this invention is to provide a system and method for generating such an image with user-controlled means for varying the location and orientation of the viewpoint corresponding to the image.

Another object of this invention is to provide a system and method for generating such an image with user-controlled means for varying the opacity of structures and surfaces in the viewed region of interest, so that the displayed image shows structures and features that would be otherwise hidden in a normal view.

Yet another object of this invention is to provide a system and method for generating such an image with a viewpoint located at the tip of the instrument being used by the surgeon in the direction along the longitudinal axis of the instrument.

Still another object of this invention is to provide a system and method for generating such an image in real time, such that the displayed image continually corresponds to the position of the instrument being used by the surgeon.

Yet a further object of this invention is to provide a system and method for comparing and combining such an image with the image produced by an image-generating instrument being used by the surgeon.

These and other objects, advantages, characteristics and features of the invention may be better understood by examining the following drawings together with the detailed description of the preferred embodiments.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic perspective drawing of the apparatus of the present invention in operating room use during the performance of neurosurgical procedures.

FIG. 2 is a schematic block diagram of the computer system and optical tracking system of the present invention.

FIG. 3 is a schematic block diagram of the navigation protocol using pre-operative data that is followed in carrying out the method of the present invention.

FIG. 4 is a schematic block diagram of the navigation protocol using ultrasound intra-operative data that is followed in carrying out the method of the present invention.

FIG. 5 is a schematic block diagram of the endoscopic protocol that is followed in carrying out the method of the present invention.

FIG. 6 is a schematic flow chart of the pre-operative computer program that implements the pre-operative protocol of the present invention.

5

FIG. 7 is a schematic flow chart of the intra-operative ultrasound computer program that implements the ultrasound protocol of the present invention.

FIG. 8 is a schematic flow chart of the intra-operative endoscope computer program that implements the endoscope protocol of the present invention.

FIG. 9 is a drawing of a display generated according to a the present invention, showing axial, coronal, and sagittal views of a head, together with a three-dimensional perspective view of the head taken from an exterior viewpoint.

FIG. 10 is a drawing of a display generated according to the present invention, showing sectional axial, coronal, and sagittal views of a head, together with a three-dimensional perspective view of the head taken from an interior viewpoint.

FIG. 11a is a drawing of a plastic model of a human skull and a surgical probe that has been used to demonstrate the present invention.

FIG. 11b is another drawing of the model skull of FIG. 11a, with the top of the skull removed to show model internal structures for demonstration purposes.

FIGS. 12a and 12b are simplified reproductions of two displays produced by the present invention for the model skull shown in FIGS. 11a and 11b.

FIGS. 13a and 13b are simplified reproductions of two further displays of the invention for the skull in FIGS. 11a and 11b.

FIGS. 14a through 14i are reproductions of a composite display produced by the present invention for an actual human head.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. 1 shows the apparatus of the invention as used in performing or planning a neurosurgery operation. In this drawing the patient's head 112, has a tumor or lesion 117, which is the target object of the operation. Fiducial markers 113, 114 are attached to the head to enable registration of images generated by previously obtained scan data according to techniques familiar to persons of ordinary skill in the relevant art. A surgical probe or instrument 109 held by the surgeon is directed toward the tissues of interest. A computer 101 is connected to user input devices including a keyboard 103 and mouse 104, and a video display device 102 which is preferably a color monitor. The display device 102 is located such that it can be easily viewed by the surgeon during an operation, and the user input devices 103 and 104 are placed within easy reach to facilitate use during the surgery. The apparatus further includes a position tracking system, which is preferably an optical tracking system (hereafter "OTS") having a sensing unit 105 mounted overhead in view of the operating table scene, and at least two light emitting diodes (LED's) 110, 111 mounted on the surgical instrument 109. These LED's preferably emit continuous streams of pulsed infrared signals which are sensed by a plurality of infrared sensors 106 107, 108 mounted in the sensing unit 105 in view of the surgical instrument 109. The instrument 109 and the sensing unit 105 are both connected to the computer 101, which controls the timing and synchronization of the pulse emissions by the LED's and the recording and processing of the infrared signals received by the sensors 106–108. The OTS further includes software for processing these signals to generate data indicating the location and orientation of the instrument 109. The OTS generates the position detecting data on a real time

6

continuous basis, so that as the surgical instrument 109 is moved, its position and orientation are continually tracked and recorded by the sensing unit 105 in the computer 101. The OTS may be preferably of the type known as the "FlashPoint 3-D Optical Localizer", which is commercially available from Image Guided Technologies of Boulder, Colo., similar to the systems described in U.S. Pat. No. 5,617,857 (Chader, et al.) and U.S. Pat. No. 5,622,170 (Schulz) discussed previously. However, the invention is not limited to this particular OTS, and other position tacking systems, such as sonic position detecting systems, may also be utilized.

As illustrated in FIG. 1, the surgical instrument 109 is elongated in shape, having a longitudinal axis and tip 115 pointing toward the tissues of interest. The instrument may be an endoscope having a conical field of view 116 that is indicated by dotted lines in FIG. 1. The instrument shown in the Figure. is held at a position external to the patient's head. If an incision 118 has been made into the skull, the instrument may be inserted through the incision; this alternative position is shown by dotted lines in FIG. 1. In both positions the instrument is held so that there is an unobstructed line of sight between the LED's 110, 111 and the sensing unit 105. In endoscopic and other optical viewing applications, the instrument may include a laser targeting system (not shown in the drawings) to illuminate and highlight the region under examination.

FIG. 2 shows a schematic block diagram of the computer system connected to the position tracking system. The computer 101 includes a central processing unit (CPU) 201 communicative with a memory 202, the video display 102, keyboard and mouse 103, 104, optical sensors 106–108, and LED's 110, 111 (FIG. 1) mounted on the surgical instrument 109. The computer memory contains software means for operating and controlling the position tracking system. In an alternative preferred embodiment, the OTS components 105–108 may be connected to and controlled by a separate computer or controller which is connected to the computer 101 and provides continual data indicating the position and orientation of the surgical instrument 109.

The above apparatus is operated to carry out surgical protocols that are illustrated schematically in FIGS. 3–5. FIG. 3 is a schematic block diagram of the protocol for handling pre-operative data ("pre-op protocol") to generate images during surgery according to the present invention. It is assumed that three-dimensional scan data of the patient's head have been previously obtained from one or more of the techniques that are known to persons of ordinary skill in the medical imaging arts. Preferably these data are acquired from CT, MIR and/or MRI scan techniques to provide images with improved accuracy and detail, compared to ultrasound scan data for example. The scan data are loaded and stored 301 into the computer memory 202 through additional input means such as disk drives or tape drives, not shown in the drawings.

The patient data is registered 302 according to one of the generally known techniques. This procedure may be either a three-dimensional registration of the entire data set, or a slice-by-slice sequence of two-dimensional registrations. Following the three-dimensional registration, the image is reconstructed 303 in memory, using volumetric or surface rendering to produce an array of 3-dimensional voxel data. Segmentation 304 is then carried out on these data to distinguish various anatomical features, such as different types of material in the head (bone, brain tissue, vascular and ventricular structures, etc.) and the location of surfaces, using one or more of known segmentation techniques.

7

Preferably the segmentation process includes assigning different display colors to different types of structures to facilitate their identification and distinction in a color video display. For example, the vascular system may be displayed in red, the ventricular system may be shown in blue, bones may be colored brown, and so on. In a preferred embodiment these assignments may be varied by the user by means of the keyboard 103 or mouse 104. Also in a preferred embodiment the display opacities may be varied by the user by means of the keyboard 103, mouse 104, or other input device (such as a voice-activated device) to further facilitate their identification and distinction of hidden or obstructed features in the video display. In an alternative protocol in which 2-dimensional registration is carried out, segmentation 309 can be done for each 2-dimensional image sample, and the 3-dimensional data are then reconstructed 310 from the segmented data slices. This alternative protocol is shown by dotted lines in the Figure.

Referring still to FIG. 3, the next phase of the pre-op protocol is to determine the location and orientation of the view vector 305 to define the image to be displayed. This view vector is obtained by querying the OTS to ascertain the current location and orientation of the surgical instrument 109. With this information, the three-dimensional scan data is then manipulated 306 to position and orient the resulting three-dimensional perspective view and to define cutting planes and reference markers in the displayed image indicating and clarifying this view. The manipulated three-dimensional perspective image is then displayed 307 on the video display 102. In addition, other two-dimensional images, such as 2D sectional views for any cutting planes, are preferably also displayed along with the 3D perspective display for purposes of elucidation.

Finally, the pre-op protocol is a continuing loop process in which the OTS is repeatedly queried 308 for changes in the location of the view vector corresponding to changes in the position and orientation of the surgical instrument 109. Thus the displayed images are continually being updated during the surgical procedure, and the resulting displays are constantly refreshed in real time. The image data are also stored or buffered and made available for further use 311 according to subsequent protocols.

The surgical instrument 109 may include an ultrasound transducer located at the tip 115, which itself scans and detects ultrasound imaging data when placed in contact with the patient's head. FIG. 4 is a schematic block diagram showing the intra-operative ("intra-op") ultrasound ("US") protocol for handling the US image data during surgery. Typically the ultrasound transducer is a phased focusing array which generates data from a planar fan-shaped sector of the anatomical region of interest, where the central axis of the transducer lies in the plane of the scan sector which, in this context, is collinear with the longitudinal axis of the surgical instrument 109. By rotating the instrument and transducer about this axis, US scan data is collected and stored 401 for a cone-shaped volume in the region of interest. This cone defines the "field of view" of the transducer scan.

The location and orientation of the transducer is tracked and determined 402 by the OTS, and the US data is used to reconstruct 403 three-dimensional intra-op image data for the region of interest. This data is manipulated 404 in a way analogous to the manipulation 306 of the pre-op data, and then used to generate three-dimensional images 405, together with any desired corresponding two-dimensional images of the ultrasound data. These intra-op images are fused 406 with the pre-op images generated by the pre-op

8

protocol 311, and the composite images are further displayed. Finally, the OTS is continually strobed 407, and the ultrasound images are constantly refreshed.

FIG. 5 is a schematic block diagram of the intra-op protocol in which an endoscope is placed at the tip 115 of the surgical instrument 109. This protocol is also applicable for procedures utilizing a surgical microscope in place of the endoscope. Image data is acquired 501, using a CCD camera or other known technique, representing a 2-dimensional image in a plane orthogonal to the line of sight of the endoscope or microscope, which in this context is the longitudinal axis of the surgical instrument 109. The location and orientation of the instrument is tracked and determined 502 by the OTS, and analog-to-digital ("A/D") conversion 503 is carried out on the data. The location of the viewpoint is determined 504 from the OTS data, and the endoscope or microscope image data is manipulated 505 to generate the desired image 506 for display. These intra-op images are fused 508 with the pre-op images generated by the pre-op protocol 311, and the composite images are further displayed. Finally, the OTS is continually strobed 507, and the images are constantly refreshed.

The foregoing protocols are implemented by program modules stored in the memory 202 of the computer 101. FIG. 6 is a schematic block diagram of a flow chart for a program that implements the pre-op protocol. The program starts 601 by causing the computer to receive and load 602 previously obtained scan data for the patient, such as MRI or CT data. The computer further reads data from the OTS 603 to register the scanned patient data from the OTS 603 to register the scanned patient data 604. For 3D volumetric rendering, the scanned data is used to reconstruct image data 605 in three dimensions, and segmentation 606 is carried out on this reconstruction. In an alternative embodiment, shown by dotted lines in the Figure, segmentation is carried out on 2D slices 615, and these segmented slices are then reconstructed into the full 3D image data.

The program next reads input data from the keyboard 103 or mouse 104 to enable the user to select a field of view for image displays 607. The image data is then manipulated and transformed 608 to generate the requested view, along with any selected reference markers, material opacities, colors, and other options presented to the user by the program. In addition, the user may request a 3D display of the entire head, together with a superimposed cone showing the field of view for an endoscope, microscope, ultrasound transducer, or other viewing device being used during the surgery. The resulting manipulated image is then displayed 609 preferably in color on the video display 102. The computer next reads the OTS data 610 and determines 611 whether the surgical instrument has moved. If so, program control returns to the selection of a new field of view 607 and the successive operations 608–610 shown in FIG. 6. If the position of the instrument has not changed, the displayed image is stored 612, refreshing any previously stored display image. The program further looks for requests from the user 613 whether to discontinue operation, and if there are no such requests, the operations 611 and 612 are repeated. Thus the computer remains in a loop of operations until the user requests termination 614.

FIG. 7 is a schematic block diagram of a flow chart for a program that implements the ultrasound intra-op protocol. The program starts 701 by causing the computer to receive and load the data from a US transducer at the tip 115 of the surgical instrument 109. Such data is produced normally using polar or spherical coordinates to specify locations in the region of interest, and the program converts 703 this data

US 6,591,130 B2

**9**

preferably to Cartesian coordinates. Next, OTS data is read 704 to determine the position and orientation of the surgical instrument 109, and US data from the aggregation of aligned data slices is utilized to reconstruct 3D image data 705 representing the US scan data. This image data is manipulated and transformed 706 by the program in a manner similar to the manipulation 608 of the pre-op data 608, and the resulting image is displayed 707.

Similarly to the pre-op program shown in FIG. 6, the OTS is queried 709 to determine whether the surgical instrument has moved 713, and if so a new US display image is constructed. In a preferred embodiment, the program queries the user 716 whether to carry out another US scan of the region of interest. If so, program control returns to the operation 702 in FIG. 7 and fresh US data is obtained by the US transducer. If another scan is not requested 716, the program returns to operation 705 and a new 3D image is reconstructed from the present US scan data.

If the OTS query 709 determines that the surgical instrument has not moved since the last query, the US image is fused 710 with the pre-op image obtained by the program shown in FIG. 6, and the combined image is displayed 711. The OTS is again queried 712 to determine 713 whether the surgical instrument has moved. If so, the program returns to the new scan user query 716. Otherwise the program further looks for requests from the user 714 whether to discontinue operation, and if there are no such requests, the operation 713 is repeated. Thus the computer remains in a loop of operations until the user requests termination 715, similarly to the pre-op program of FIG. 6.

The endoscope/microscope intra-op protocol is implemented preferably by the endoscope intra-op program having a flow chart shown in schematic block diagram form in FIG. 8. Upon starting 801, the program causes the computer to receive and load image data from the endoscope 802. This data is digitized 803 and preferably displayed 804 on the video display 102. The OTS is queried 805 to receive information determining the location and orientation of the endoscope 806. Using this information, the pre-op data obtained by the pre-op program illustrated in FIG. 6 is retrieved 807, and utilized to reconstruct a 3-dimensional virtual image 808 from the viewpoint of the endoscope. This image is displayed 809, in a manner similar to the 3D display of images by the pre-op program illustrated in FIG. 6. This image is fused 810 with the endoscope image displayed in operation 804, and the combined image is also displayed 811. The OTS is then strobed 812 to determine 813 whether the endoscope has moved since the last query, and if so, program control returns to the operation 802 where the program receives the image data received by the endoscope. Otherwise the program further looks for requests from the user 814 whether to discontinue operation, and if there are no such requests, the operation 813 is repeated. Thus the computer remains in a loop of operations until the user requests termination 815, similarly to the pre-op and intra-op programs of FIGS. 6 and 7.

The foregoing program modules may be designed independently, and they can be configured also to run independently. Thus, the pre-op program may be completed, followed by running of either or both of the intra-op programs. Preferably, however, these programs operate in parallel during surgery so that the pre-op data images and intra-op data images are all continually refreshed as the operation proceeds. Known methods for parallel execution of programs may be utilized to accomplish this result.

The above programs are carried out preferably on a computer 101 that is adapted for computer graphics appli-

**10**

cations. Suitable computers for these programs are commercially available from Silicon Graphics, Inc. of Mountain View, Calif. Graphics software modules for most of the individual image processing operations in the above programs are also available from Silicon Graphics, Inc. as well as other sources.

Referring now to FIG. 9, the drawing shows a highly simplified sketch of a three-dimensional image display 901 obtained by the above system with the surgical probe 109 of FIG. 1 in the position illustrated, pointing toward the target lesion or tumor 117 inside the patient's head 112. The display 901 is a perspective view from the tip 115 of the probe 109 in FIG. 1. This display is continuously refreshed, so that as the probe 109 is moved the displayed image 901 immediately changes. It will be noted that, although the probe 109 in FIG. 1 is shown entirely outside the patient's head, the display 901 shows internal anatomical structures such as the brain and the target lesion 117. With the present system, the display characteristics can be adjusted in real time to emphasize or de-emphasize the internal structures. These structures may be distinguished by displays with different colors for different types of material. Also, the display opacity of the skin, skull, and brain tissue may be reduced to provide or emphasize further structural details regarding the target lesion 117. In short, the display 901 effectively equips the surgeon with "X-ray eyes" to look at hidden structures through obstructing surfaces and objects. With this display, the entire internal structure of the head may be examined and studied to plan a surgical.trajectory before any incision is made. Furthermore, if the surgical instrument 109 in FIG. 1 is a scalpel, the display 901 allows the surgeon to see any structures immediately behind a surface prior to the first incision FIG. 9 shows also the conventional axial 902, coronal 903 and sagittal 904 2D displays for purposes of further clarification and elucidation of the region under examination.

When the surgical instrument 109 is an endoscope or US transducer, the field of view 116 is also indicated in the display 901 by the quasi-circular image 905 indicating the intersection of the conical field of view 116 with the surface of the skin viewed by the endoscope 109. This conical field of view is also superimposed, for completeness, in the 2D displays 902–904. In a preferred embodiment, displays are also presented showing the actual image seen by the endoscope in the field of view 905, and the 3D perspective image for the same region in the field of view 905; these auxiliary displays are not shown in the drawings. Similar auxiliary displays are preferably included when the instrument 109 is an ultrasound transducer.

After an incision 118 has been made in the patient's head, the endoscope may be inserted to provide an internal view of the target anatomy. Referring now to FIG. 10, the drawing shows a highly simplified sketch of a three-dimensional image display 1001 obtained by the above system with the endoscope 109 of FIG. 1 in the alternative position shown by the dotted lines, pointing toward the target lesion or tumor 117. The display 1001 has been manipulated to provide a three-dimensional sectional view with a cutting plane passing through the tip 115 of the endoscope 109 and orthogonal to its axis. Again, the endoscope field of view 905 is indicated in the display, and in a preferred embodiment auxiliary displays are also presented showing the actual image seen by the endoscope in the field of view 905, and the 3D perspective image for the same region in the field of view 905; these auxiliary displays are also not shown in FIG. 10. This Figure further preferably includes also the conventional axial 1002, coronal 1003 and sagittal 1004 2D displays for purposes of further clarification and elucidation.

US 6,591,130 B2

11

FIGS. 11a, 11b, 12a–b and 13a–b illustrate further the three-dimensional displays that are produced by a preferred embodiment of the present invention. Referring to FIGS. 11a, 11b, and plastic model of a skull has been fabricated having a base portion 1102 and a removable top portion 1101. These Figures show the model skull 1101, 1102 resting on a stand 1106. FIG. 11a also shows a pointer 1104 with LED's 1101 connected to an OTS (not shown in the drawing) that has been used to generate displays according to the invention. A plurality of holes 1103 in the top portion 1101 are provided, which allow the pointer 1104 to be extended into the interior of the skull. FIG. 11b shows the skull with the top portion 1103 removed. A plastic model of internal structures 1107 is fabricated inside the skull; these internal structures are easily recognizable geometric solids, as illustrated in the Figure.

The skull of FIGS. 11a, 11b has been scanned to generate "pre-op" image data, which has been utilized to produce the displays shown in FIGS. 12a–b, and 13a–b. FIG. 12 is a composite of displays 1201, 1202 of the skull with the pointer 1104 directed toward the skull from a top center external location, similar to the location and orientation of the pointer shown in FIG. 1. The display 1201 is a three-dimensional perspective view from this pointer location. The display 1202 is the same view, but with the display opacity of the skull material reduced. This reduced opacity makes the internal structure 1107 clearly visible, as shown in the Figure. During actual use, the system enables the surgeon to vary this opacity in real time to adjust the image so that both the skull structure and the internal structure are visible in the display in various proportions.

It will be noted that the surface contour lines shown in the display 1201 are produced by the finite size of the rendering layers or voxels. These contour lines may be reduced by smoothing the data, or by reducing the sizes of the voxels or layers.

FIGS. 13a–b are composites of two further displays with the pointer 1104 moved to extend through one of the openings 1103. Display 1302 is the view from the tip of the pointer inside the skull. Display 1301 is a view of the entire structure from outside the skull along the pointer axis; in other words, display 1302 is substantially a magnification of part of display 1301. Display 1301 shows the skull with a portion cut away by a cutting plane through the tip of the pointer, perpendicular to the pointer axis. Both of these displays clearly illustrate the perspective nature of the three-dimensional displays generated by the present invention.

Finally, FIGS. 14a–i are simplified composites of displays generated by the system for an actual human head. Display 1401 is a perspective view of the entire head with a cutaway portion defined by orthogonal cutting planes as shown. This display also shows the field of view of an endoscope pointing toward the head along the intersection line of the two cutting planes, with the tip of the endoscope at the apex of the cone. Display 1402 shows the two-dimensional sectional view produced by the vertical cutting plane, and display 1403 shows the corresponding sectional view produced by the horizontal cutting plane. Furthermore, the images in displays 1402 and 1403 are also transformed (rotated and magnified) and superimposed on the three-dimensional image in display 1401.

Both of these displays indicate also the intersection of the cutting planes with the conical field of view. Display 1404 is the actual image seen by the endoscope. Display 1405 is a virtual perspective view of the endoscope image recon-

12

structed from scan data by volume rendering in accordance with the present invention. Display 1406 is a virtual perspective view of the image from the endoscope viewpoint with a narrower field of view, reconstructed from scan data by surface rendering in accordance with the present invention. This display 1406 would be used with a surgical probe in planning a surgical trajectory. Display 1407 is a magnification of 1406 (i.e. with a narrower field of view) showing the virtual image that would be seen through a microscope. Finally, display 1408 is a segmented three-dimensional perspective view of the entire head from the scan data utilizing surface rendering, and display 1409 is the same view with volume rendering. FIG. 14 illustrates the rich variety and versatility of the displays that are possible with the present system. All of these displays are presented to the surgeon in real time, simultaneously, and can be varied on line.

It is apparent from the foregoing description that this invention provides improved means for navigating through the anatomy during actual surgical procedures. The system enables the surgeon to select and adjust the display with the same tool that is being utilized to perform the procedure, without requiring extra manual operations. Since the displays are provided immediately in real time, the imaging does not require any interruption of the procedure. In addition, the virtual images provided by this system are continuously correlated with the images that are obtained through conventional means.

It will be further appreciated by persons of ordinary skill in the art that the invention is not limited in its application to neurosurgery, or any other kind of surgery or medical diagnostic applications. For example, systems implementing the invention can be implemented for actual nautical or aviation navigation utilizing information from satellites to obtain the "pre-op" scan data. The pointing device can be implemented by the vessel or aircraft itself, and the video display could be replaced by special imaging goggles or helmets.

The foregoing description of the preferred embodiments of the invention has been presented solely for purposes of illustration and description, and is not exhaustive or limited to the precise forms disclosed. Many modifications and variations are possible in light of the above teaching. The spirit and scope of the invention are to be defined by reference to the following claims, along with their full scope of equivalents.

What is claimed is:

1. A method of image-enhanced endoscopy at a patient site, comprising:

(a) acquiring volumetric scan data of the patient site;

(b) manipulating in a region of the patient site, an endoscope having a lens with a known conical field of view;

(c) displaying in real time, a perspective image of patient surface features generated by the endoscope;

(d) registering the scan data with the position of the patient;

(e) determining the position and orientation of the endoscope with respect to the position of the patient, thereby determining the position of the endoscope with respect to the scan data;

(f) constructing from the volumetric scan data, a perspective image of the patient site, as seen from the position, orientation, and conical field of view of the endoscope, where image surface structures can be represented by surface renderings or volume renderings and where

US 6,591,130 B2

**13**

image subsurface structures can be represented by surface renderings or volume renderings, different structures being represented by different opacities; and

(g) displaying at a selected opacity setting, the constructed perspective image of the patient site, allowing the user to view the constructed perspective

**14**

endoscopic-view image of surface or subsurface structures of the patient overlaid on obstructing surfaces and objects from the position, orientation, and conical field of view of the endoscope.

* * * * *

Exhibit C

US006529758B2

## (12) United States Patent
### Shahidi

(10) Patent No.: **US 6,529,758 B2**
(45) Date of Patent: **Mar. 4, 2003**

(54) **METHOD AND APPARATUS FOR VOLUMETRIC IMAGE NAVIGATION**

(75) Inventor: **Ramin Shahidi**, San Francisco, CA (US)

(73) Assignee: **The Board of Trustees of the Leland Stanford Junior University**, Stanford, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/777,777**

(22) Filed: **Feb. 5, 2001**

(65) **Prior Publication Data**

US 2001/0007919 A1 Jul. 12, 2001

### Related U.S. Application Data

(62) Division of application No. 09/747,463, filed on Dec. 22, 2000, which is a continuation of application No. 09/411,363, filed on Sep. 30, 1999, now Pat. No. 6,167,296, which is a continuation of application No. 08/884,289, filed on Jun. 27, 1997, now abandoned.

(60) Provisional application No. 60/020,664, filed on Jun. 28, 1996.

(51) Int. Cl.⁷ ................................................. A61B 5/00
(52) U.S. Cl. ........................ **600/407**; 600/427; 600/429

(58) Field of Search .......................... 606/130; 600/407, 600/426, 427, 429, 411, 414, 417; 128/920

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,891,034 A | * | 4/1999 | Bucholz ...................... 600/426 |
| 6,016,439 A | * | 1/2000 | Acker ......................... 600/411 |

* cited by examiner

*Primary Examiner*—Ruth S. Smith
(74) *Attorney, Agent, or Firm*—Peter J. Dehlinger; Perkins Coie LLP

(57) **ABSTRACT**

An image guided surgical procedure using an improved registration of pre-operative volumetric scan data is described. Volumetric scan data, acquired before surgery, is registered with respect to the patient and used to construct a volumetric perspective image of the surgical site. The improved registration of the volumetric scan data can be accomplished by generating a pattern of light on the patient's surface by moving a laser beam over the surgical site. The pattern of light is recorded by at least two cameras from different known fixed positions, digitized and used to form a laser reconstruction of the patient surface. This digital surface can then aligned with the volumetric scan data forming an improved volumetric perspective image of the surgical site.

**1 Claim, 17 Drawing Sheets**



Case4:10-cv-02042-CW  Document1  Filed05/12/10  Page60 of 95



# Fig. 1



**Fig. 2**



**Fig. 3**



**Fig. 4**



**Fig. 5**



**Fig. 6**



**Fig. 7**



**Fig. 8**

Case4:10-cv-02042-CW   Document1   Filed05/12/10   Page68 of 95



**Fig. 9**

Case4:10-cv-02042-CW Document1 Filed05/12/10 Page69 of 95



**Fig. 10**



**Fig.  11A**



**Fig.  11B**



1201

**Fig. 12A**



1202

**Fig. 12B**



1301

**Fig. 13A**



1302

**Fig. 13B**

1402

1403



# Fig. 14B   Fig. 14C



1401

# Fig. 14A



Fig. 14D

Fig. 14E

Fig. 14F

Fig. 14G

Fig. 14H

Fig. 14I



**Fig. 15**



**Fig. 16**

1

## METHOD AND APPARATUS FOR VOLUMETRIC IMAGE NAVIGATION

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a divisional of U.S. patent application Ser. No. 09/747,463, filed Dec. 22, 2000, now pending, which is a continuation of U.S. patent application Ser. No. 09/411,363, filed Sep. 30, 1999, now U.S. Pat. No. 6,167, 296, which in turn is a continuation of U.S. patent application Ser. No. 08/884,289, filed Jun. 27, 1997, now abandoned, which claims the benefit of U.S. Provisional Application No. 60/020,664 filed Jun. 28, 1996, now abandoned, all of which are hereby incorporated in entirety by reference herein.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention pertains generally to systems and methods for generating images of three dimensional objects for navigation purposes, and more particularly to systems and methods for generating images in medical and surgical applications.

2. Description of the Background Art

Precise imaging of portions of the anatomy is an increasingly important technique in the medical and surgical fields. In order to lessen the trauma to a patient caused by invasive surgery, techniques have been developed for performing surgical procedures within the body through small incisions with minimal invasion. These procedures generally require the surgeon to operate on portions of the anatomy that are not directly it visible, or can be seen only with difficulty. Furthermore, some parts of the body contain extremely complex or small structures and it is necessary to enhance the visibility of these structures to enable the surgeon to perform more delicate procedures. In addition, planning such procedures requires the evaluation of the location and orientation of these structures within the body in order to determine the optimal surgical trajectory.

New diagnostic techniques have been developed in recent years to obtain images of internal anatomical structures. These techniques offer great advantages in comparison with the traditional X-ray methods. Newer techniques include microimpulse radar (MIR), computer tomography (CT) scans, magnetic resonance imaging (MRI), positron emission tomography (PET), ultrasound (US) scans, and a variety of other techniques. Each of these methods has advantages and drawbacks in comparison with other techniques. For example, the MRI technique is useful for generating three-dimensional images, but it is only practical for certain types of tissue, while CT scans are useful for generating images of other anatomical structures. Ultrasound scanning, in contrast, is a relatively rapid procedure; however it is limited in its accuracy and signal-to-noise ratio.

The imaging problem is especially acute in the field of neurosurgery, which involves performing delicate surgical procedures inside the skull of the patient. The above techniques have improved the surgeon's ability to locate precisely various anatomical features from images of structures within the skull. However this has only limited usefulness in the operating room setting, since it is necessary to match what the surgeon sees on the 2D image with the actual 3D patient on the operating table. The neurosurgeon is still compelled to rely to a considerable extent on his or her knowledge of human anatomy.

2

The stereotactic technique was developed many years ago to address this problem. In stereotactic surgery, a frame of reference is attached to the patient's head which provides reference points for the diagnostic images. The device further includes guides for channeling the surgical tool along a desired trajectory to the target lesion within the brain. This method is cumbersome and has the drawback that the surgeon cannot actually see the structures through which the trajectory is passing. There is always the risk of damage to obstacles in the path of the incision, such as portions of the vascular or ventricular system. In essence, with previous neurosurgical techniques the surgeon is in the position much like that of a captain piloting a vessel traveling in heavy fog through waters that have many hazards, such as shoals, reefs, outcroppings of rocks, icebergs, etc. Even though the captain may have a very good map of these hazards, nevertheless there is the constant problem of keeping track of the precise location of the vessel on the map. In the same way, the neurosurgeon having an accurate image scan showing the structures within the brain must still be able to precisely locate where the actual surgical trajectory lies on the image in order to navigate successfully to the target location. In the operating room setting, it is further necessary that this correlation can be carried out without interfering with the numerous other activities that must be performed by the surgeon.

The navigation problem has been addressed in U.S. Pat. No. 5,383,454, issued Jan. 24, 1995 (Bucholz). This patent describes a system for indicating the position of a surgical probe within a head on an image of the head. The system utilizes a stereotactic frame to provide reference points, and to provide means for measuring the position of the probe tip relative to these reference points. This information is converted into an image by means of a computer.

U.S. Pat. No. 5,230,623, issued Jul. 27, 1993 (Guthrie), discloses an operating pointer whose position can be detected and read out on a computer and associated graphics display. The pointer can also be used as a "3D mouse" to enable the surgeon to control the operation of the computer without releasing the pointer.

U.S. Pat. No. 5,617,857, issued Apr. 8, 1997 (Chader et al.) sets forth an imaging system and method for interactively tracking the position of a medical instrument by means of a position-detecting system. The pointer includes small light-emitting diodes (LED), and a stationary array of radiation sensors is provided for detecting pulses emitted by these LED's and utilizing this information to ascertain dynamically the position of the pointer. Reference is made also to U.S. Pat. No. 5,622,170, issued Apr. 22, 1997 (Schulz), which describes a similar system connected to a computer display for displaying the position of an invasive surgical probe relative to a model image of the object being probed (such as a brain).

U.S. Pat. No. 5,531,227, issued Jul. 2, 1996 (Schneider) explicitly addresses the problem recognized in many other references that it is desirable to provide a real time display of a surgical probe as it navigates through the brain. This patent describes a system for providing images along the line of sight of the surgeon in a dynamic real-time fashion. In this system the images that are displayed are resliced images from a three-dimensional data reconstruction which are sections or slices orthogonal to the line of sight, taken at various positions along this line specified by the user. Thus, while the viewpoint for the line of sight is always external to the body, the sectional planes that are used to define the virtual images may constitute various slices through the body chosen by the surgeon. These images may be super-

US 6,529,758 B2

3

imposed on actual images obtained by an image recording device directed along the line of sight such as a video camera attached to the surgeon's head, and the composite images may be displayed.

The systems described above attempt to address the navigation problem in various ways, and they all have the common drawback of requiring a certain level of abstract visualization by the surgeon during an operating room procedure. When the surgeon is proceeding through the brain toward a target tumor or lesion, it is desirable to be fully aware of all of the structures around the surgical trajectory. With previous systems the displays that are presented do not provide all of this information in a single convenient real-time display, and they require the viewer to piece together and re-orient the displayed information to obtain a mental picture of the surrounding structures. These are serious practical disadvantages in an operating room setting. What is absent from previous systems is a 3D display that shows, in a real-time view, the various structures looking ahead from the surgical probe along a line of sight into the brain in three and two dimensions, including structures hidden by other features.

SUMMARY OF THE INVENTION

The present invention provides an improved system and method for displaying 3D images of anatomical structures in real time during surgery to enable the surgeon to navigate through these structures during the performance of surgical procedures. This system is also useful in planning of surgical procedures. The system includes a computer with a display and input devices such as a keyboard and mouse. The system also includes a position tracking system that is connected both to the computer and also to the surgical probes or other instruments that are used by the surgeon. The position tracking system provides continual real time data to the computer indicating the location and orientation of the surgical instrument in use. The computer further includes a memory containing patient data produced by imaging scans, such as CT or MRI scans, from which 2-dimensional and 3-dimensional images of the anatomical structure may be generated. Means are provided for registration of these images with respect to the patient.

The computer memory is further provided with programs that control the generation of these anatomical images. These programs include software for segmentation of the scan images to identify various types of structures and tissues, as well as the reconstruction of 2D and 3D images from the scan data. This software allows these images to be displayed with various magnifications and orientations, and with various sectional views produced by slice planes in various locations and orientations, all controlled by the surgeon.

This image-generating software has the important feature that it produces 3D images that are perspective views of the anatomical structures, with user-controlled means for varying the viewing orientation and location, and also varying the displayed transparency or opacity of various types of tissues, structures, and surfaces in the viewed region of interest. This enables the user to effectively "see through" surfaces and structures in the line of sight of the image to reveal other structures that would otherwise be hidden in that particular view.

Further, the images are generated from the viewpoint of the surgical probe or instrument that is in use, looking from the tip of the instrument along its longitudinal axis. Thus, when an invasive surgical instrument such as a scalpel or

4

forceps is inserted into an incision in the body, the display provides a three dimensional perspective view of anatomical structures from a viewpoint inside the body. These images are all generated in real time "on the fly". Thus, as the instrument is moved or rotated, the position tracking system continually provides data to the computer indicating the location and orientation of the instrument, and the displayed image is continually updated to show the structures toward which the instrument is pointing.

In addition, for probes or instruments being used that are capable of generating images, such as ultrasound probes, endoscopes, or surgical microscopes, the system provides means for integrating these images with those generated from the scan data. The software enables the user to overlay the "actual images" generated by these instruments with the "virtual images" generated from the scan data.

It is an object of this invention to provide a system and method for generating an image in three dimensional perspective of anatomical structures encountered by a surgeon during the performance of surgical procedures.

A second object of this invention is to provide a system and method for generating such an image with user-controlled means for varying the location and orientation of the viewpoint corresponding to the image.

Another object of this invention is to provide a system and method for generating such an image with user-controlled means for varying the opacity of structures and surfaces in the viewed region of interest, so that the displayed image shows structures and features that would be otherwise hidden in a normal view.

Yet another object of this invention is to provide a system and method for generating such an image with a viewpoint located at the tip of the instrument being used by the surgeon in the direction along the longitudinal axis of the instrument.

Still another object of this invention is to provide a system and method for generating such an image in real time, such that the displayed image continually corresponds to the position of the instrument being used by the surgeon.

Yet a further object of this invention is to provide a system and method for comparing and combining such an image with the image produced by an image-generating instrument being used by the surgeon.

These and other objects, advantages, characteristics and features of the invention may be better understood by examining the following drawings together with the detailed description of the preferred embodiments.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic perspective drawing of the apparatus of the present invention in operating room use during the performance of neurosurgical procedures.

FIG. 2 is a schematic block diagram of the computer system and optical tracking system of the present invention.

FIG. 3 is a schematic block diagram of the navigation protocol using pre-operative data that is followed in carrying out the method of the present invention.

FIG. 4 is a schematic block diagram of the navigation protocol using ultrasound intra-operative data that is followed in carrying out the method of the present invention.

FIG. 5 is a schematic block diagram of the endoscopic protocol that is followed in carrying out the method of the present invention.

FIG. 6 is a schematic flow chart of the pre-operative computer program that implements the pre-operative protocol of the present invention.

5

FIG. 7 is a schematic flow chart of the intra-operative ultrasound computer program that implements the ultrasound protocol of the present invention.

FIG. 8 is a schematic flow chart of the intra-operative endoscope computer program that implements the endoscope protocol of the present invention.

FIG. 9 is a drawing of a display generated according to the present invention, showing axial, coronal, and sagittal views of a head, together with a three-dimensional perspective view of the head taken from an exterior viewpoint.

FIG. 10 is a drawing of a display generated according to the present invention, showing sectional axial, coronal, and sagittal views of a head, together with a three-dimensional perspective view of the head taken from an interior viewpoint.

FIG. 11a is a drawing of a plastic model of a human skull and a surgical probe that has been used to demonstrate the present invention.

FIG. 11b is another drawing of the model skull of FIG. 11a, with the top of the skull removed to show model internal structures for demonstration purposes.

FIG. 12 is a simplified reproduction of two displays produced by the present invention for the model skull shown in FIGS. 11a, 11b.

FIG. 13 is a simplified reproduction of two further displays of the invention for the skull in FIGS. 11a, 11b.

FIG. 14 is a reproduction of a composite display produced by the present invention for an actual human head.

FIG. 15 is a schematic drawing of the neurosurgical 3D image navigation setup of the present invention.

FIG. 16 is a schematic flow chart of the computer program for implementing the dynamic visualization of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. 1 shows the apparatus of the invention as used in performing or planning a neurosurgery operation. In this drawing the patient's head 112, has a tumor or lesion 117, which is the target object of the operation. Fiducial markers 113, 114 are attached to the head to enable registration of images generated by previously obtained scan data according to techniques familiar to persons of ordinary skill in the relevant art. A surgical probe or instrument 109 held by the surgeon is directed toward the tissues of interest. A computer 101 is connected to user input devices including a keyboard 103 and mouse 104, and a video display device 102 which is preferably a color monitor. The display device 102 is located such that it can be easily viewed by the surgeon during an operation, and the user input devices 103 and 104 are placed within easy reach to facilitate use during the surgery. The apparatus further includes a position tracking system, which is preferably an optical tracking system (hereafter "OTS") having a sensing unit 105 mounted overhead in view of the operating table scene, and at least two light emitting diodes (LED's) 110, 111 mounted on the surgical instrument 109. These LED's preferably emit continuous streams of pulsed infrared signals which are sensed by a plurality of infrared sensors 106, 107, 108 mounted in the sensing unit 105 in view of the surgical instrument 109. The instrument 109 and the sensing unit 105 are both connected to the computer 101, which controls the timing and synchronization of the pulse emissions by the LED's and the recording and processing of the infrared signals received by the detectors 106–108. The OTS further

6

includes software for processing these signals to generate data indicating the location and orientation of the instrument 109. The OTS generates the position detecting data on a real time continuous basis, so that as the surgical instrument 109 is moved, its position and orientation are continually tracked and recorded by the sensing unit 105 in the computer 101. The OTS may be preferably of the type known as the "FlashPoint 3-D Optical Localizer", which is commercially available from Image Guided Technologies of Boulder, Colo., similar to the systems described in U.S. Pat. No. 5,617,857 (Chader. et al.) and U.S. Pat. No. 5,622,170 (Schulz) discussed previously. However the invention is not limited to this particular OTS, and other position tracking systems, such as sonic position detecting systems, may also be utilized.

As illustrated in FIG. 1, the surgical instrument 109 is elongated in shape, having a longitudinal axis and tip 115 pointing toward the tissues of interest. The instrument may be an endoscope having a conical field of view 116 that is indicated by dotted lines in FIG. 1. The instrument shown in the Figure is held at a position external to the patient's head. If an incision 118 has been made into the skull, the instrument may be inserted through the incision; his alternative position is shown by dotted lines in FIG. 1. In both positions the instrument is held so that there is an unobstructed line of sight between the LED's 110, 111 and the sensing unit 105. In endoscopic and other optical viewing applications, the instrument may include a laser targeting system (not shown in the drawings) to illuminate and highlight the region under examination.

FIG. 2 shows a schematic block diagram of the computer system connected to the position tracking system. The computer 101 includes a central processing unit (CPU) 201 communicative with a memory 202, the video display 102, keyboard and mouse 103, 104, optical sensor 106–108, and the LED's 110, 111(FIG. 1 mounted on the surgical instrument 109. The computer memory contains software means for operating and controlling the position tracking system. In an alternative preferred embodiment, the OTS components 105–108 may be connected to and controlled by a separate computer or controller which is connected to the computer 101 and provides continual data indicating the position and orientation of the surgical instrument 109.

The above apparatus is operated to carry out surgical protocols that are illustrated schematically in FIGS. 3–5. FIG. 3 is a schematic block diagram of the protocol for handling pre-operative data ("pre-op protocol") to generate images during surgery according to the present invention. It is assumed that three-dimensional image data of the patient's head have been previously obtained from one or more of the techniques that are known to persons of ordinary skill in the medical imaging arts. Preferably these data are acquired from CT, MIR and/or MRI scan techniques to provide images with improved accuracy and detail, compared to ultrasound scan data for example. The scan data are loaded and stored 301 into the computer memory 202 through additional input means such as disk drives or tape drives, not shown in the drawings.

The patient data is registered 302 according to one of the generally known techniques. This procedure may be either a three-dimensional registration of the entire data set, or a slice-by-slice sequence of two-dimensional registrations.

One novel method for registering patient scan data with patient position in a surgical setting is illustrated in FIGS. 15 and 16, which shows a neurosurgical 3D image navigation setup. This setup consists of four video cameras 20, 22, 24,

26, located at fixed positions, in pairs, over the surgical table, which monitor the movements of the microscope and surgical devices. In addition to the computer screen, there are few external monitors present for visualization and calibration purposes, as shown at 30 and 32. The surgical microscope 34 will also act as a localized video camera and display unit. Surgical insertion devices, such as device 36 seen in FIG. 15, can be color-coded so that they by be detected and identified by the video cameras 20, 22, 24, 26. The output of all cameras, and the microscope, connects with the main workstation via fast input/output ports. A laser targeting system is used to outline the surgical microscope's field of view. The laser targeting device is simply made up of a class-two, 0.3 mw (not harmful to human tissue) laser diode and mirror galvanometers (the latter are electrome- chanical devices which rapidly rotate a small mirror). Typically, two of these are mounted at right angles to each other and, if used with appropriate driving electronics, can move a bright spot to arbitrary positions on a projection surface. There is a laser scanning device 37 that projects a circular pattern 38 on the patient's head. The pattern devel- oped by the scanner depends on two input variables (frequency and voltage), where frequency controls the shape of the projection and voltage controls the size of the pattern. For present purposes, if both galvanometers are fed with the same frequency and voltage, a perfect circle should result. By using the output voltage from the zoom control as an input for the galvanometers, the radius of the projected circle can be controlled. Once calibrated, the laser projection will be the same as the microscope's filed of view for all variable zooms.

2D-digitized video inputs from all cameras are registered with 3D arrays of imaged data using frame of reference or external markers. The laser targeting system and stereovi- sion techniques combined, will serve as a coordinate video localization system. This system provides a "heads-up" display of the imaged data within the ocular of the microscope, which indicates the surgical site.

FIG. 16 is an overall flow chart representation of the implemented software for dynamic visualization of the brain. This can be used in different stereotactic surgeries such as stereotactic biopsies or surgical planning for ster- eotactic procedures. At this point, it is assumed that the simulated video images are registered within the 3D-volumetric data set. The laser scanning device is pro- jecting the microscope's field of view onto the patient's head. This projection pattern is well calibrated and is picked up 1603, 1604 by the video cameras. In real life, light rays bend after passing through the lens which is referred to as lens distortion. In our package, these factors were not considered since lens distortion and light characteristics are unique to each camera or lens and cannot be simulated.

The only non-simulated inputs to this program are the 2D spatially aligned images from MRI and MR angiography 1601. Two-dimensional MR images are stacked on top of each other 1602 to produce a volumetric data set. All the simulated data are produced from the surface extracted from this data-set. This data set then goes through a segmentation algorithm 1603. The segmented data set will be color-coded and loaded into a visualization package 1604 where the user can see through the data set to visualize all desired anatomi- cal structures.

The 2D-digitized camera views 1605 are the only simu- lated inputs to the program. These camera views 1606, 1607 display the 3D deformation of the laser pattern on the surface of the face and the color-coded medical trajectory instruments. First, the laser projection pattern is separated

1608 from the digitized video images using color-sensitive filter software. Since it is assumed that the simulated video images and the 3D image are registered, the dimensions of the 3D image can be added to wherever the laser patterns are located, thus reconstructing the laser patterns as 2D-depth- sensitive, Z-buffers, as is known by those of ordinary skill in the art of medical imaging. Even though the laser is pro- jecting a perfect circle onto the site of operation, the pattern picked up by the video is not a circle, but an irregular ellipse. This is due to the patient's angle of attack and the curvature of the patient's head. These simulated images illustrate the vergence of the cameras which are tilted at 45 degrees and are two meters away from the surgical site. All simulations are built around a true-perspective, pinhole camera model. This camera model defines the resolution of the images, the simulated camera focal length, and imaging pixel size. Any lens distortion is ignored. For the image itself, a 3D-reconstructed head surface is used, with the laser pattern projected onto it.

Two different methods for the reconstruction of the laser pattern projection in 3D can be used, as indicated at 1609. The first is the second-order ellipsoidal momentum. This method requires only one camera view and is independent of the laser's source coordinates. This method, however; is unable to predict the path of insertion of a surgical device into the brain. In order to do this, it must be used in conjunction with a second method: the stereo vision approach, which requires at least four cameras. Two cameras are used 1606 to reconstruct the laser pattern and the spacial coordinates of the surgical trajectory devices. The other pair calculates the coordinates of the laser source in space, as indicated at 1607. Both methods will be discussed.

Ellipsoidal Approach. Using ellipsoidal momentum theory and the laser targeting system mentioned previously, reconstructing the surgical microscope's field of view from the laser pattern on the patient's head is possible. Once the laser pattern from the surface of the head is detected by a camera, the digitized image is sent to the computer for analysis. By using color-sensitive filters, as indicated at 1608, the laser pattern can be segmented from the rest of the image. Since the camera views and the 3D data set are registered with each other, the 3D coordinates of the laser pattern can be obtained from the volumetric data by extract- ing the depth of 2D laser pattern pixels from the adjacent 3D data set pixels.

To calculate the microscope's trajectory, a 2D viewing projection of the laser pattern (from the 3D image) goes through an ellipsoidal analysis, as is known to persons of ordinary skill in the medical imaging arts. Using second- order ellipsoidal momentum, it is possible to calculate the angle of the microscope's trajectory. The first-order ellip- soidal momentum will reveal the coordinates for the center of the mass on the pattern, while the second-order moment reveals the axial ratio and the angle of rotation. The 3D laser pattern goes through a series of rotations in 3D space and, for each rotation, its axial ratio is calculated. The transfor- mations continue until an axial ratio closest to one is reached (almost a circle).

To make sense of this method, one can think of the laser pattern as a transparent cone, originating from the tip of the surgical microscope. The base of the cone intersects the surface of the head. The images picked up by the camera are the 2D projections of such an intersection. The conic section looks like a circle when it is viewed from the tip of the cone's axis. Even though the surface of intersection is non-uniform in this case, the same methodology can be used to determine that the correct viewing angle is obtained when

US 6,529,758 B2

**9**

the laser projection is closest to a circle. Therefore, the 2D laser projection is rotated in a 3D space until its axial ratio comes closest to one. This angle of rotation is the angle of attack of the microscope, which would be normal to the viewing projection (coming out of the screen), as indicated at **1610**.

Assume that the calculated trajectory angles are $(\theta_x, \theta_y, \theta_z)$. Now, if the 3D data set is rotated in reverse $(\theta_x, \theta_y, \theta_z)$, the viewing projection will be the same as the microscope's field of view. Thus, multiplying the viewing projection matrix by the inverse matrix of the actual transformation matrix, the desired viewing angle can be obtained. Using a seed-fill algorithm, the 3D laser contour can be filled with the data obtained from the registered 3D image. The seed for this fill algorithm is the centroid coordinates of the laser pattern. The coordinates for the centroid are obtained from the first-order ellipsoidal moments. The filled contour is actually a surface patch from the 3D image representing the skin. This patch resembles the view of the surface that the surgeon sees through the microscope.

Vision Approach. The basic principle involved in the recovery of depth, by using two sets of camera images, is triangulation. In this technique, the object must be established between features from two images that correspond to some physical feature in space. Then, provided that the positions of centers of projection, the effective focal length, the orientation of the optical axis, and the sampling interval of each camera, are all known, the depth can be reconstructed using triangulation, a technique that is know to persons of ordinary skill in the imaging arts.

Using this algorithm, the 3D coordinates of the color-coded surgical trajectory device, the projected laser pattern on the patient's head, and the origin of the laser, can be calculated. Using this data, the trajectory angles $(\theta_x, \theta_y, \theta_z)$ for the surgical device and the laser pattern are then calculated. As mentioned for the ellipsoidal momentum theory, if we rotate the 3D data set in reverse $(-\theta_x, -\theta_y, -\theta_z)$ the viewing projection will be the same as the microscope's field of view. Thus, multiplying the viewing projection matrix by the inverse matrix of the actual transformation matrix, the desired viewing angle can be obtained. Observe that the volumetric data from this angle resembles the view of the surface that the surgeon views through the surgical microscope.

Planning and obstacle avoidance involved in neurosurgery requires the representation of space occupancy. Assuming that all of the critical organs are now interactively or automatically delineated from imaging modalities, different trajectories relating to possible entry points, and the target, can be generated and the most appropriate one selected. For the surgeon to interactively investigate the possible surgical trajectories, a pointing device is used that is being optimized by the cameras.

Adding color codes to this pointing device will allow the computer to distinguish this instrument from the rest of the image. Once the color codes are optimized by passing the video images through the color-sensitive filter, the orientation of the device in 3D space can be calculated, as indicated at **1609**. Since the relative spatial coordinates of the cameras are known, the 3D spatial coordinates of the markers can be simply calculated by using trigonometric equations, as are well understood by persons of ordinary skill in the art of medical imaging. At this point, by using the methods described previously, all that is needed is the addition of the 3D spatial coordinates of the pointer to the registered image and to visualize its trajectory into the 3D image. These

**10**

trajectories can be displayed on the external monitors, allowing the surgeon to visualize all possible paths from the surface to the lesion both as multimodalities.

Following the three-dimensional registration, the image is reconstructed **303** in memory, using volumetric or surface rendering to produce an array of 3-dimensional voxel data. Segmentation **304** is then carried out on these data to distinguish various anatomical features, such as different types of material in the head (bone, brain tissue, vascular and ventricular structures, etc.) and the location of surfaces, using one or more of known segmentation techniques. Preferably the segmentation process includes assigning different display colors to different types of structures to facilitate their identification and distinction in a color video display. For example, the vascular system may be displayed in red, the ventricular system may be shown in blue, bones may be colored brown, and so on. In a preferred embodiment these assignments may be varied by the user by means of the keyboard **103** or mouse **104**. Also in a preferred embodiment the display opacities may be varied by the user by means of the keyboard **103**, mouse **104**, or other input device (such as a voice-activated device) to further facilitate their identification and distinction of hidden or obstructed features in the video display. In an alternative protocol in which 2-dimensional registration is carried out, segmentation **309** can be done for each 2-dimensional image sample, and the 3-dimensional data are then reconstructed **310** from the segmented data slices. This alternative protocol is shown by dotted lines in the Figure.

Referring still to FIG. 3, the next phase of the pre-op protocol is to determine the location and orientation of the view vector **305** to define the image to be displayed. This view vector is obtained by querying the OTS to ascertain the current location and orientation of the surgical instrument **109**. With this information, the three-dimensional scan data is then manipulated **306** to position and orient the resulting three-dimensional perspective view and to define cutting planes and reference markers in the displayed image indicating and clarifying this view. The manipulated three-dimensional perspective image is then displayed **307** on the video display **102**. In addition, other two-dimensional images, such as 2D sectional views for any cutting planes, are preferably also displayed along with the 3D perspective display for purposes of elucidation.

Finally, the pre-op protocol is a continuing loop process in which the OTS is repeatedly queried **308** for changes in the location of the view vector corresponding to changes in the position and orientation of the surgical instrument **109**. Thus the displayed images are continually being updated during the surgical procedure, and the resulting displays are constantly refreshed in real time. The image data are also stored or buffered and made available for further use **311** according to subsequent protocols.

The surgical instrument **109** may include an ultrasound transducer located at the tip **115**, which itself scans and detects ultrasound imaging data when placed in contact with the patient's head. FIG. 4 is a schematic block diagram showing the intra-operative ("intra-op") ultrasound ("US") protocol for handling the US image data during surgery. Typically the ultrasound transducer is a phased focusing array which generates data from a planar fan-shaped sector of the anatomical region of interest, where the central axis of the transducer lies in the plane of the scan sector which, in this context, is collinear with the longitudinal axis of the surgical instrument **109**. By rotating the instrument and transducer about this axis, US scan data is collected and stored **401** for a cone-shaped volume in the region of interest. This cone defines the "field of view" of the transducer scan.

Case4:10-cv-02042-CW Document1 Filed05/12/10 Page82 of 95

**11**

The location and orientation of the transducer is tracked and determined 402 by the OTS, and the US data is used to reconstruct 403 three-dimensional intra-op image data for the region of interest. This data is manipulated 404 in a way analogous to the manipulation 306 of the pre-op data, and then used to generate tree-dimensional images 405, together with any desired corresponding two-dimensional images of the ultrasound data. These intra-op images are fused 406 with the pre-op images generated by the pre-op protocol 311, and the composite images are further displayed. Finally, the OTS is continually strobed 407, and the ultrasound images are constantly refreshed.

FIG. 5 is a schematic block diagram of the intra-op protocol in which an endoscope is placed at the tip 115 of the surgical instrument 109. This protocol is also applicable for procedures utilizing a surgical microscope in place of the endoscope. Image data is acquired 501, using a CCD camera or other known technique, representing a 2-dimensional image in a plane orthogonal to the line of sight of the endoscope or microscope, which in this context is the longitudinal axis of the surgical instrument 109. The location and orientation of the instrument is tracked and determined 502 by the OTS, and analog-to-digital ("A/D") conversion 503 is carried out on the data. The location of the viewpoint is determined 504 from the OTS data, and the endoscope or microscope image data is manipulated 505 to generate the desired image 506 for display. These intra-op images are fused 508 with the pre-op images generated by the pre-op protocol 311, and the composite images are further displayed. Finally, the OTS is continually strobed 507, and the ultrasound images are constantly refreshed.

The foregoing protocols are implemented by program modules stored in the memory 202 of the computer 101. FIG. 6 is a schematic block diagram of a flow chart for a program that implements the pre-op protocol. The program starts by causing the computer to receive and load 602 previously obtained scan data for the patient, such as MRI or CT data. The computer further reads data from the OTS 603 to register the scanned patient data 604. For 3D volumetric rendering, the scanned data is used to reconstruct image data 605 in three dimensions, and segmentation 606 is carried out on this reconstruction. In an alternative embodiment, shown by dotted lines in the Figure, segmentation is carried out on 2D slices 615, and these segmented slices are then reconstructed into the full 3D image data.

The program next reads input data from the keyboard 103 or mouse 104 to enable the user to select a field of view for image displays 607. The image data is then manipulated and transformed 608 to generate the requested view, along with any selected reference markers, material opacities, colors, and other options presented to the user by the program. In addition, the user may request a 3D display of the entire head, together with a superimposed cone showing the field of view for an endoscope, microscope, ultrasound transducer, or other viewing device being used during the surgery. The resulting manipulated image is then displayed 609 preferably in color on the video display 102. The computer next reads the OTS data 610 and determines 611 whether the surgical instrument has moved. If so, program control returns to the selection of a new field of view 607 and the successive operations 608–610 shown in FIG. 6. If the position of the instrument has not changes, the displayed image is stored 612, refreshing any previously stored display image. The program further looks for requests from the user 613 whether to discontinue operation, and it there are no such requests, the operations 611 and 612 are repeated. Thus the computer remains in a loop of operations until the user requests termination 614.

**12**

FIG. 7 is a schematic block diagram of a flow chart for a program that implements the ultrasound intra-op protocol. The program starts 701 by causing the computer to receive and load the data from a US transducer at the tip 115 of the surgical instrument 109. Such data is produced normally using polar or spherical coordinates to specify locations in the region of interest, and the program converts 703 this data preferably to Cartesian coordinates. Next, OTS data is read 704 to determine the position and orientation of the surgical instrument 109, and US data from the aggregation of aligned data slices is utilized to reconstruct 3D image data 705 representing the US scan data. This image data is manipulated and transformed 706 by the program in a manner similar to the manipulation 608 of the pre-op data 608, and the resulting image is displayed 707.

Similarly to the pre-op program shown in FIG. 6, the OTS is queried 709 to determine whether the surgical instrument has moved 713, and if so a new US display image is constructed. In a preferred embodiment, the program queries the user 716 whether to carry out another US scan of the region of interest. If so, program control returns to the operation 702 in FIG. 7 and fresh US data is obtained by the US transducer. If another scan is not requested 716, the program returns to operation 705 and a new 3D image is reconstructed from the present US scan data.

If the OTS query 709 determines that the surgical instrument has not moved since the last query, the US image is fused 710 with the pre-op image obtained by the program shown in FIG. 6, and the combined image is displayed 711. The OTS is again queried 712 to determine 713 whether the surgical instrument has moved. If so, the program returns to the new scan user query 716. Otherwise the program further looks for requests from the user 714 whether to discontinue operation, and if there are no such requests, the operation 713 is repeated. Thus the computer remains in a loop of operations until the user requests termination 715, similarly to the pre-op program of FIG. 6.

The endoscope/microscope intra-op protocol is implemented preferably by the endoscope intra-op program having a flow chart shown in schematic block diagram form in FIG. 8. Upon starting 801, the program causes the computer to receive and load image data from the endoscope 802. This data is digitized 803 and preferably displayed 804 on the video display 102. The OTS is queried 805 to receive information determining the location and orientation of the endoscope 806. Using this information, the pre-op data obtained by the pre-op program illustrated in FIG. 6 is retrieved 807, and utilized to reconstruct a 3-dimensional virtual image 808 from the viewpoint of the endoscope. This image is displayed 809, in a manner similar to the 3D display of images by the pre-op program illustrated in FIG. 6. This image is fused 810 with the endoscope image displayed in operation 804, and the combined image is also displayed 811. The OTS is then strobed 812 to determine 813 whether the endoscope has moved since the last query, and if so, program control returns to the operation 802 which refreshes the image data received by the endoscope. Otherwise the program further looks for requests from the user 814 whether to discontinue operation, and if there are no such requests, the operation 813 is repeated. Thus the computer remains in a loop of operations until the user requests termination 815, similarly to the pre-op and intra-op programs of FIGS. 6 and 7.

The foregoing program modules may be designed independently, and they can be configured also to run independently. Thus, the pre-op program may be completed, followed by running of either or both of the intra-op pro-

**13**

grams. Preferably, however, these programs operate in parallel during surgery so that the pre-op data images and intra-op data images are all continually refreshed as the operation proceeds. Known methods for parallel execution of programs may be utilized to accomplish this result.

The above programs are carried out preferably on a computer **101** that is adapted for computer graphics applications. Suitable computers for these programs are commercially available from Silicon Graphics, Inc. of Mountain View, Calif. Graphics software modules for most of the individual image processing operations in the above programs are also available from Silicon Graphics, Inc. as well as other sources.

Referring now to FIG. 9, the drawing shows a highly simplified sketch of a three-dimensional image display **901** obtained by the above system with the surgical probe **109** of FIG. 1 in the position illustrated, pointing toward the target lesion or tumor **117** inside the patient's head **112**. The display **901** is a perspective view from the tip **115** of the probe **109** in FIG. 1. This display is continuously refreshed, so that as the probe **109** is moved the displayed image **901** immediately changes. It will be noted that, although the probe **109** in FIG. 1 is shown entirely outside the patient's head, the display **901** shows internal anatomical structures such as the brain and the target lesion **117**. With the present system, the display characteristics can be adjusted in real time to emphasize or de-emphasize the internal structures. These structures may be distinguished by displays with different colors for different types of material. Also, the display opacity of the skin, skull, and brain tissue may be reduced to provide or emphasize further structural details regarding the target lesion **117**. In short, the display **901** effectively equips the surgeon with "X-ray eyes" to look at hidden structures through obstructing surfaces and objects. With this display, the entire internal structure of the head may be examined and studied to plan a surgical trajectory before any incision is made. Furthermore, if the surgical instrument **109** in FIG. 1 is a scalpel, the display **901** allows the surgeon to see any structures immediately behind a surface prior to the first incision FIG. 9 shows also the conventional axial **902**, coronal **903** and sagittal **904** 2D displays for purposes of further clarification and elucidation of the region under examination.

When the surgical instrument **109** is an endoscope or US transducer, the field of view **116** is also indicated in the display **901** by the quasi-circular image **905** indicating the intersection of the conical field of view **116** with the surface of the skin viewed by the endoscope **109**. This conical field of view is also superimposed, for completeness, in the 2D displays **902–904**. In a preferred embodiment, displays are also presented showing the actual image seen by the endoscope in the field of view **905**, and the 3D perspective image for the same region in the field of view **905**; these auxiliary displays are not shown in the drawings. Similar auxiliary displays are preferably included when the instrument **109** is an ultrasound transducer.

After an incision **118** has been made in the patient's head, the endoscope may be inserted to provide an internal view of the target anatomy. Referring now to FIG. 10, the drawing shows a highly simplified sketch of a three-dimensional image display **1001** obtained by the above system with the endoscope **109** of FIG. 1 in the alternative position shown by the dotted lines, pointing toward the target lesion or tumor **117**. The display **1001** has been manipulated to provide a three-dimensional sectional view with a cutting plane passing through the tip **115** of the endoscope **109** and orthogonal to its axis. Again, the endoscope field of view **905** is

**14**

indicated in the display, and in a preferred embodiment auxiliary displays are also presented showing the actual image seen by the endoscope in the field of view **905**, and the 3D perspective image for the same region in the field of view **905**; these auxiliary displays are also not shown in FIG. 10. This Figure further preferably includes also the conventional axial **1002**, coronal **1003** and sagittal **1004** 2D displays for purposes of further clarification and elucidation.

FIGS. 11a, 11b, 12 and 13 illustrate further the three-dimensional displays that are produced by a preferred embodiment of the present invention. Referring to FIGS. 11a, 11b, a plastic model of a skull has been fabricated having a base portion **1102** and a removable top portion **1101**. These Figures show the model skull **1101, 1102** resting on a stand **1106**. FIG. 11a also shows a pointer **1104** with LED's **1101** connected to an OTS (not shown in the drawing) that has been used to generate displays according to the invention. A plurality of holes **1103** in the top portion **1101** are provided, which allow the pointer **1104** to be extended into the interior of the skull. FIG. 11b shows the skull with the top portion **1103** removed. A plastic model of internal structures **1107** is fabricated inside the skull; these internal structures are easily recognizable geometric solids, as illustrated in the Figure.

The skull of FIGS. 11a, 11b has been scanned to generate "pre-op" image data, which has been utilized to produce the displays shown in FIGS. 12, 13. FIG. 12 is a composite of two displays **1201, 1202** of the skull with the pointer **1104** directed toward the skull from a top center external location, similar to the location and orientation of the pointer shown in FIG. 1. The display **1201** is a three-dimensional perspective view from this pointer location. The display **1202** is the same view, but with the display opacity of the skull material reduced. This reduced opacity makes the internal structure **1107** clearly visible, as shown in the Figure. During actual use, the system enables the surgeon to vary this opacity in real time to adjust the image so that both the skull structure and the internal structure are visible in the display in various proportions.

It will be noted that the surface contour lines shown in the display **1201** are produced by the finite size of the rendering layers or voxels. These contour lines may be reduced by smoothing the data, or by reducing the sizes of the voxels or layers.

FIG. 13 is a composite of two further displays with the pointer **1104** moved to extend through one of the openings **1103**. Display **1302** is the view from the tip of the pointer inside the skull. Display **1301** is a view of the entire structure from outside the skull along the pointer axis; in other words, display **1302** is substantially a magnification of part of display **1301**. Display **1301** shows the skull with a portion cut away by a cutting plane through the tip of the pointer, perpendicular to the pointer axis. Both of these displays clearly illustrate the perspective nature of the three-dimensional displays generated by the present invention.

Finally, FIG. 14 is a simplified composite of displays generated by the system for an actual human head. Display **1401** is a perspective view of the entire head with a cutaway portion defined by orthogonal cuttingplanes as shown. This display also shows the field of view of an endoscope pointing toward the head along the intersection line of the two cutting planes, with the tip of the endoscope at the apex of the cone. Display **1402** shows the two-dimensional sectional view produced by the vertical cutting plane, and display **1403** shows the corresponding sectional view produced by the horizontal cutting plane. Furthermore, the

**15**

images in displays **1402** and **1403** are also transformed (rotated and magnified) and superimposed on the three-dimensional image in display **1401**.

Both of these displays indicate also the intersection of the cutting planes with the conical field of view. Display **1404** is the actual image seen by the endoscope. Display **1405** is a virtual perspective view of the endoscope image reconstructed from scan data by volume rendering in accordance with the present invention. Display **1406** is a virtual perspective view of the image from the endoscope viewpoint with a narrower field of view, reconstructed from scan data by surface rendering in accordance with the present invention. This display **1406** would be used with a surgical probe in planning a surgical trajectory. Display **1407** is a magnification of **1406** (i.e. with a narrower field of view) showing the virtual image that would be seen through a microscope. Finally, display **1408** is a segmented three-dimensional perspective view of the entire head from the scan data utilizing surface rendering, and display **1409** is the same view with volume rendering. FIG. **14** illustrates the rich variety and versatility of the displays that are possible with the present system. All of these displays are presented to the surgeon in real time, simultaneously, and can be varied on line.

It is apparent from the foregoing description that this invention provides improved means for navigating through the anatomy during actual surgical procedures. The system enables the surgeon to select and adjust the display with the same tool that is being utilized to perform the procedure, without requiring extra manual operations. Since the displays are provided immediately in real time, the imaging does not require is any interruption of the procedure. In addition, the virtual images provided by this system are continuously correlated with the images that are obtained through conventional means.

It will be further appreciated by persons of ordinary skill in the art that the invention is not limited in its application to neurosurgery, or any other kind of surgery or medical diagnostic applications. For example, systems implementing

**16**

the invention can be implemented for actual nautical or aviation navigation utilizing information from satellites to obtain the "pre-op" scan data. The pointing device can be implemented by the vessel or aircraft itself, and the video display could be replaced by special imaging goggles or helmets.

The foregoing description of the preferred embodiments of the invention has been presented solely for purposes of illustration and description, and is not exhaustive or limited to the precise forms disclosed. Many modifications and variations are possible in light of the above teaching. The spirit and scope of the invention are to be defined by reference to the following claims, along with their full scope of equivalents.

What is claimed is:

1. In an image-guided surgical procedure that includes the steps of (i) acquiring volumetric scan data of a patient site pre-operatively, and during the surgical procedure, (ii) registering the volumetric scan data with respect to the patient site, and (iii) constructing from the volumetric scan data, a volumetric perspective image of a target site, as seen from a selected position external to the patient, an improvement in registering the volumetric scan data with respect to the patient site, comprising:

   (a) generating a pattern of surface-reflected light by moving a laser beam over a surface region of the patient adjacent said site;

   (b) recording said pattern with each of at least two spaced apart video cameras mounted at known, fixed positions;

   (c) digitizing the pattern recorded by each of the at least two cameras;

   (d) using the digitized recorded patterns to produce a laser pattern reconstruction of the patient surface region; and

   (e) aligning the laser pattern reconstruction with 3D-rendered volumetric data from the volumetric scan data.

\* \* \* \* \*

Exhibit D

US006850794B2

## (12) United States Patent
### Shahidi

(10) Patent No.: **US 6,850,794 B2**
(45) Date of Patent: **Feb. 1, 2005**

(54) **ENDOSCOPIC TARGETING METHOD AND SYSTEM**

(75) Inventor: **Ramin Shahidi**, San Francisco, CA (US)

(73) Assignee: **The Trustees of the Leland Stanford Junior University**, Palo Alto, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 184 days.

(21) Appl. No.: **09/957,477**

(22) Filed: **Sep. 20, 2001**

(65) **Prior Publication Data**

US 2002/0077544 A1 Jun. 20, 2002

#### Related U.S. Application Data
(60) Provisional application No. 60/234,963, filed on Sep. 23, 2000.

(51) Int. Cl.$^7$ ................................................. **A61B 5/05**
(52) U.S. Cl. ..................................................... **600/427**
(58) Field of Search ................................ 600/102, 109, 600/117, 118, 300, 407–472; 606/130; 73/1.01, 1.75, 1.79, 1.81; 348/130; 128/922, 898, 916; 356/51, 125, 143, 138, 908, 909

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,517,478 B2 * 2/2003 Khadem ..................... 600/117

* cited by examiner

*Primary Examiner*—Ali Imam
(74) *Attorney, Agent, or Firm*—Lee & Hayes, PLLC

(57) **ABSTRACT**

The invention provides a system for enhancing the ability of a surgeon to access a target site within a patient. The system includes a data file containing volumetric scan data of a region of the patient that includes the target site, a display device, and a movable imagining tool for producing on the display device, an image of visible patient structure seen by the tool. A computer in the system operates to (i) determine the position and/or orientation of the tool in the frame of reference of the patient, (ii) identify the scan-data coordinates (either x,y or x,y,z coordinates) of the target site, and (iii) project on the video image on the display device, indicia that indicate the lateral position of the target site with respect to the patient structure imaged on the display device.

**12 Claims, 4 Drawing Sheets**





# Fig. 1



**Fig. 2**

**2-D Indicia**



Fig. 3



Fig. 4



# Fig. 5A



# Fig. 5B



# Fig. 5C

1

# ENDOSCOPIC TARGETING METHOD AND SYSTEM

This patent application claims priority to U.S. Provisional Patent Application Ser. No. 60/234,963 filed on Sep. 23, 2000, which is incorporated in its entirety herein by reference.

## FIELD OF THE INVENTION

This invention relates to image-guided surgery, and in particular, to an endoscopic targeting method and system.

## BACKGROUND OF THE INVENTION

Endoscopic surgical tools are used in a variety of surgical procedures. Typically, such tools include an optical system for visualizing patient structure at or near a target site, and a surgical tool for carrying out desired operations at the site, e.g., removal of tissue for biopsy, surgical removal of necrotic or tumorous tissue, surgical repair of tissue structure, etc. U.S. Pat. Nos. 5,928,137, 5,968,061, 5,681, 262, 5,840,017, 5,840,014 and 5,830,126 describe representative types of endoscopic surgical tools. In an endoscope-guided operation, the surgeon will need to know in which direction, and what distance to advance the tool in order to optimally access the target site. Since an endoscopic tool can only view surface structure, the surgeon will often have difficulty in locating and/or accessing a target site, which is likely to be hidden from endoscopic view.

It would therefore be desirable to provide an endoscopic targeting method and system to assist a surgeon in performing an endoscopic surgical procedure or endoscopic examination of a patient.

## SUMMARY OF THE INVENTION

The invention includes, in one aspect, a system for enhancing the ability of a surgeon to access a target site within a patient. The system includes a data file containing volumetric scan data of a region of the patient that includes the target site, a display device, a movable imagining tool for producing on the display device, an image of visible patient structure seen by the tool, where the position of the tool is tracked relative to the position of the patient, and a computer operatively connected to data file, display screen, and tracking device.

The computer operates to (i) determine the position and/or orientation of the tool in the frame of reference of the patient, (ii) identify the scan-data coordinates (either x,y or x,y,z coordinates) of the target site, and (iii) project on the video image on the display device, indicia that indicate the lateral position of the target site with respect to the patient structure imaged on the display device.

In one embodiment, in which the indicia give 2-D information about the target site, the projected indicia define an area on the image that borders the lateral position of the target site. The area is to defined by a function related to the depth of the depth of the target site below the patient structure imaged on the display device, such as an error function related to the degree of uncertainty in patient target site in the imaged structure.

The computer may further function to determine whether the target site is located within the lateral field of the displayed patient-structure image, and if it is not, to project on the displayed image, indicia indicating the lateral direction of the target site with respect to the imaged patient structure.

2

The system may further include a calibration tool operatively connected to the computer for supplying to the computer, information about the imaging tool's field of view, position, orientation and direction.

Where the imaging tool is an endoscopic surgical tool having an interior channel through which a surgical tool can be manipulated, the system may further include structure for tracking the position of said surgical tool relative to the imaging element in the imaging tool, and the computer may further function to project on the video image on the display device, indicia that provide information about the position of the target site in relation to the end of the surgical tool.

In another aspect, the invention includes a method for enhancing the ability of a surgeon to access a target site within a patient. The method includes the steps of storing in a data file, volumetric scan data of a region of the patient, including a target site within the patient region, moving an imaging tool for producing on a display device, an image of visible patient structure seen by the tool, and tracking the position of the tool relative to the position of the patient. The method employs a computer screen, for (i) determining the position and/or orientation of the tool in the frame of reference of the patient, (ii) identifying the scan-data coordinates (either x,y or x,y,z coordinates) of the target site, and (iv) projecting on the video image on the display device, indicia that indicate the lateral position of the target site with respect to the patient structure imaged on the display device.

Various above-mentioned embodiments applicable to the system of the invention are also applicable to the method.

These and other objects and features of the invention will be more fully appreciated when the following detailed description of the invention is read in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates components of the system of the invention, shown in a surgical setting;

FIG. 2 is a flow diagram of the operation of the system of the invention;

FIG. 3 is a flow diagram of the system operation in generating 2-D and 3-D indicia;

FIG. 4 shows a video image display where the target site is out of the field of the image; and

FIGS. 5A–5C illustrate various states of 2-D indicia projected on an endoscopic image to assist a surgeon in accessing a target site in an endoscopic surgical procedure.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 illustrates components of a system 10 of the invention, shown in operative relationship to the head region of a patient 12 supported on a surgical table 14. For purposes of illustrating the describing the invention, the patient region of interest—the surgical target region—is within the a region of the patient's body head accessible by an endoscopic tool inserted through the throat or nostrils, e.g., a region of the brain near a sinus cavity. It will be appreciated that the invention is applicable to any body region, e.g., body joints, where surgery with an imaging tool, e.g., an endoscope, is carried out. For use in tracking patient position during surgery, a plurality of tracking elements, such as LEDs 17, are attached at fixed positions on the patient surface.

The system includes an endoscopic surgical tool 16, or other surgical imaging tool, such as a microscope ocular, or simple endoscope. Tool 16 includes an elongate tool body 18

US 6,850,794 B2

3

which terminates at its distal end in an endoscopic lens 20, and which provides an interior channel through which a surgical appliance 22 may be moved. Exemplary endoscopic tools are those described in U.S. Pat. Nos. 5,928,137, 5,968,061, 5,681,262, 5,840,017, 5,840,014 and 5,830,126. In addition, tool 16 includes a plurality of tracking elements, such as LED's 24, used in tracking the position, direction and orientation of the tool.

In the embodiment of the system shown, a sensing unit is part of a position tracking system, which is preferably an optical tracking system (hereafter "OTS") having sensing unit or sensor 26 mounted overhead in view of the operating table scene, and tracking elements, e.g., LEDs attached to the patient and endoscopic tool as noted above. The LED's attached to the movable objects are preferably designed to emit streams of pulsed infrared signals which are sensed by a plurality of infrared detectors (not shown) contained in the sensing unit. The sensing unit and movable objects are connected to the computer, which controls the timing and synchronization of the pulse emissions by the LED's and the recording and processing of the infrared signals received by the detectors.

The OTS further includes software for processing these signals to generate data indicating the position and orientation (direction and twist) of the movable objects in the frame of reference of surgical station. The OTS may generate the position data on a real-time basis, so that as the endoscopic tool is moved, for example, or the patient moves, their positions in a common coordinate system, e.g., the patient's coordinate system, are known. One preferred OTS is described in PCT application WO 9900052 A1 for Image Generation of Three Dimensional Object, which is incorporated herein by reference.

A variety of alternative tracking devices and methods for tracking the position of a movable tool with respect to a patient, such as those detailed in U.S. Pat. Nos. 5,198,877, 5,987,349, and 5,622,170 are also available.

A calibration tool 28 in the system is used in calibrating the image seen by the endoscope lens with a known endoscope field of view, instrument position (e.g., x,y,z coordinates of a point in the endoscope lens) and orientation, which includes both instrument direction (the angle of the tool with respect to a fixed position) and angular orientation or twist (the angular position of the tool about its long axis). To this end, tool 28 has an elongate cavity 30 which receives the lens-end of the endoscopic instrument, and a multi-point pattern (not shown) at the lower end of the barrel which is imaged by the instrument in its calibration position. The calibration tool is also equipped with tracking elements, such as LEDs 32, used by the OTS to determine the position of the calibration tool.

With the endoscopic instrument placed in the calibration tool, the pattern image seen by the instrument is recorded, as is (i) the position and orientation of the calibration tool, and (ii) the position and orientation of the endoscopic instrument in the calibration tool. This endoscope calibration information is used, in part, in registering the patient-surface image seen by the endoscope lens with the patient-structure coordinates of the pre-operative scan data. The calibration tool is described in U.S. patent application Ser. No. 60/193,209, filed Mar. 30, 2000 for "Device for Calibrating a Medical Instrument, Including Determining Field-of-View and compensation for Lens Distortion and Offset", which application is hereby incorporated by reference.

System 10 includes a data-scan file 38 which stores pre-op scan data, typically obtained at a scanning station. The

4

scan-data consists of voxel coordinates, corresponding scan-data, e.g., density values, for each voxel, and coordinates for registration features, e.g., LEDs 17 or other fiducials, which are present on the patient during scanning, and are maintained in place during the subsequent surgical operation. The scan data file is operatively connected to computer 36, which carries out the data processing operations of the system, to be described. Also connected to the computer are sensor 26 and a display device 40, such as a conventional color monitor screen.

As will be described in greater detail below, the computer is operatively connected to data file, display screen, and tracking device, for (i) determining the position and/or orientation of the instrument in a patient coordinate system, (ii) identifying the scan-data coordinates of the target site in the patient coordinate system, and (iii) projecting on the video image on the display device, indicia that indicate the lateral position of the target site with respect to the patient structure imaged on the display device.

Looking now at FIG. 2, volumetric scan data of the patient region of interest is stored in scan-data file 38. Also prior to the surgical procedure, the endoscopic tool is calibrated, as above, and information relating to the pattern image seen by the endoscope in relation to endoscope position, direction, and orientation is stored in an endoscope calibration data file 42. By tracking the position, orientation, and direction of the instrument in space, as at 54, and tracking the position of the instrument with reference and knowing the position of the patient in space (both determined from the OTS), the position, direction, and orientation of the instrument can be placed in the patient frame of reference, i.e., coordinate system, as at 56. Alternatively, the position of the instrument can be tracked directly in the patient frame of reference to provide the same information. At the same time, knowing the endoscope field of view, the view seen by the endoscope within the body can be matched with the stored CT data, which is also in the frame of reference of the patient. This matching is effective to superimpose the endoscopic image on a surface image of patient structure which would be reconstructed from the patient CT data. The endoscopic image is displayed conventionally on display device 40, as shown at 58.

Prior to the surgery or during surgery, the surgeon has identified the target site of interest, and the coordinates of this site in the scan data are specified, e.g., by clicking on target structure revealed in a perspective view of the target region reconstructed from the CT data. The target-site coordinates specified are stored as at 44.

For purposes of explanation, it is convenient to consider the patient coordinate system in terms of a z axis extending between a selected point on the endoscopic tool, e.g., a point at the center of the lens, and a target site point. The x,y plane is then a plane normal to this axis and containing (having x,y coordinates in common with) the video image seen by the endoscopic tool. The x,y distances within the video image are known from the previously-input field of view of the lens. If the x,y coordinates of the target site are outside of the image, as tested at 46, the computer will construct an indicium, e.g., arrow, that is placed at the periphery of the video image to indicate the x,y direction of the target site in relation to the image on the display screen. This feature is illustrated in FIG. 4, which is intended to represent a display screen showing a video image 76 of patient structure and an arrow 78 indicating that the target site is "off" the screen in the direction of the arrow. This allows the surgeon to move toward the target site by moving in the direction of the arrow.

US 6,850,794 B2

5

If the target site x,y coordinates are within the video image x,y coordinates, the system then determines the distance along the z axis between the instrument and target site, namely $(x^2+y^2+z^2)^{1/2}$, and may display this distance to the user at the display screen, as at 60. The system also determines indicia which will be placed on the video image to indicate to the user the following types of information (i) the x,y (lateral) position of the target site, (ii) the z distance from the instrument to the target site, and optionally, (iii) the uncertainty in target-site position.

To illustrate, and with reference to FIG. 3, the system-operation steps at the left in the figure operates first to calculate a target-site position error, as at 64. This error represents the uncertainty in determined target-site position due to uncertainty in patient position, instrument position, and uncertainty about the target site within the patient. This error is a function of distance, since the degree of position uncertainty increases with distance from the target site, and may thought of as a conical function emanating from a small error "circle" at the target and expanding on moving away from the target site, in this case, along the z axis. The conical slices along the z axis then define an area (circle) whose size (diameter) is related to the error function. This calculation is made at 66 in the figure.

The indicia which define the area in the 2-D display are positioned so that the center of the area, e.g., circle, has the x,y coordinates of the target site. The size of the defined area is then adjusted, as at 66, to correspond (by same scaling factor) relate to the z-axis distance to the target. The thus-determined indicia are then displayed on the video image, as at 68.

FIGS. 5A–5C show three hypothetical endoscopic video image 80a, 80b, 80c having 2-D indicia placed on the image in accordance with the invention. The indicia in this example are four arrows, such as arrows 82, that define a circular area (within the dotted line 84). The x,y coordinates of the indicia (the center of the circle) correspond to the x,y coordinates of the target site and the diameter of the circle, to the z-axis distance between the instrument and target site.

The three figures show the change in indicia as the instrument is moved from a position down and to the left of the target site (FIG. 5A) progressively closer in x,y,z coordinates to the target site (FIGS. 5B and 5C). When the instrument is moved to the target site (FIG. 5B), the arrows should be at the center of the screen, with the diameter of the circle then representing the uncertainty in target-site position.

The method and system have been described above with reference to tracking the "view" point of the endoscopic image (the lens elements) toward a target site. It will be appreciated that the same principles and operations can be adapted to tracking the surgical tip of the instrument toward the target site. In this case, a second tracking structure which tracks the z-axis movement of the instrument tip with respect to the endoscope lens is used by the computer to determine the position of the tip along the z axis. The indicia displayed on the video image are adjusted accordingly to show the shorter distance between the tip and target site.

Alternatively, one set of indicia, e.g., indicia of one color, may be used to indicate the position of the instrument lens element from the target, and a second set of indicia having, for example, another color would indicate the distance of the instrument tip from the target site. The two sets of indicia would allow the surgeon to move the entire instrument, and the surgical tip of the instrument independently to advance the tip toward the target site in an efficient manner.

6

In another related embodiment, the system uses the scan data to generate a subsurface image, preferably a perspective subsurface image of the target region, as described, for example, in above noted PCT application WO 9900052 A1 for Image Generation of Three Dimensional Object. The reconstructed image is displayed to the user on a display screen, e.g., alongside the endoscopic image. In accordance with the present invention, the target-site indicia determined as above are then superimposed on the reconstructed image, employing the coordinates to place and scale the indicia. In this embodiment, the surgeon may visualize target position and distance in both endoscopic and virtual images reconstructed from the scan data.

Although the system and method of the invention have been described with reference to particular embodiments and implementations, it will be appreciated that a variety of changes and modifications can be made without departing from the claimed invention. In particular, a variety of 2-D and 3-D indicia and indicia formats can be constructed to assist the surgeon in accessing the target site.

What is claimed is:

1. A system for enhancing the ability of a surgeon to access a target site within a patient, comprising

a data file containing volumetric scan data of a region of the patient that includes the target site,

a display device,

a movable imagining tool for producing on the display device, an image of visible structure seen by the tool, where the position and/or orientation of the tool is tracked with respect to the patient coordinate system, and

a computer operatively connected to data file and display screen for (i) determining the position and/or orientation of the tool in a patient coordinate system, (ii) identifying the scan-data coordinates of the target site in the patient coordinate system, and (iii) projecting on the video image on the display device, indicia that indicate (a) the direction of the target site, if the target site is outside the patient structure imaged on the display device, and (b) the lateral position of the target site with respect to the patient structure imaged on the display device and the distance between the tool and the target site, if the target site is within the patient structure imaged on the display device.

2. The system of claim 1, wherein the system includes a tracking device for tracking the position and direction of the instrument with respect to patient position.

3. The system of claim 2, wherein said indicia define an area whose center corresponds to the lateral position of the target site, and whose size is related to the distance between the instrument and the target site.

4. The system of claim 3, wherein the size of the area defined by the indicia is calculated by an error function representing the degree uncertainty in patient target site in the imaged structure.

5. The system of claim 1, wherein said computer is operatively connected to a calibration device for receiving information therefrom with respect to the imaging tool's field of view, position, direction orientation.

6. The system of claim 1, wherein (i) said imaging tool is an endoscope having an interior channel through which a surgical tool can be manipulated, (ii) the system further includes structure for tracking the position of said surgical tool relative to said imaging device, and (iii) the computer operates to project on the video image on the display device, indicia relating the position of the target site in relation to the tip of said tool.

US 6,850,794 B2

7

7. A method for enhancing the ability of a surgeon to access a target site within a patient, comprising

storing in a data file, volumetric scan data of a region of the patient, including a target site within the patient region,

moving an imagining tool for producing on a display device, an image of visible patient structure seen by the tool,

tracking the position of the tool relative to the position of the patient, and

by means of a computer a computer operatively connected to data file and display screen, (i) determining the position and/or orientation of the tool in the frame of reference of the patient, (ii) identifying the scan-data coordinates of the target site, and (iii) projecting on the video image on the display device, indicia that indicate the (a) the direction of the target site, if the target site is outside the patient structure imaged on the display device, and (b) the lateral position of the target site with respect to the patient structure imaged on the display device and the distance between the tool and the target site, if the target site is within the patient structure imaged on the display device.

8

8. The method of claim 7, wherein said tracking is done by a tracking device for tracking the position and direction of the instrument with respect to patient position.

9. The method of claim 7, wherein said wherein said projecting includes projecting on the video image on the display device, indicia that define an area whose center corresponds to the lateral position of the target site, and whose size is related to the distance between the instrument and the target site.

10. The method of claim 9, wherein the size of the area defined by the indicia is calculated by an error function representing the degree of uncertainty in patient target site in the imaged structure.

11. The method of claim 7, wherein said determining includes calibrating the imaging tool with respect to field of view, position, direction and orientation.

12. The method of claim 7, wherein the imaging tool that is moved is an endoscope having an interior channel through which a surgical tool can be manipulated, and said projecting includes projecting on the video image on the display device, indicia relating the position of the target site in relation to the tip of said tool.

* * * * *