```
DARCY PAUL (248940)
LAW OFFICES OF DARCY AUGUST PAUL
20370 Town Center Lane, Suite 100
Cupertino, CA 95014
Telephone: (408) 253-0593
Facsimile: (408) 252-5906
Email: dapaul@darcypaul.com

Attorney for Defendant
MED-SURGICAL SERVICES, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF COMPUTER ASSISTED SURGERY, INC.<br><br>Plaintiff,<br><br>v.<br><br>MED-SURGICAL SERVICES INC.,<br>Defendant. | Civil Action No. CV 10-02042 (JCS)<br><br>**STIPULATION FOR ENLARGEMENT OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendant Med-Surgical Services Inc. and Plaintiff California Institute of Computer Assisted Surgery, Inc. stipulate to an enlargement of time for Defendant to file a responsive pleading to Plaintiff's Complaint. The parties, by and through their attorneys, stipulate that Defendant will have a due date of June 17, 2010 to respond to Plaintiff's Complaint.

///

///

///

///

///

///

///

---

CV10-02042 (JCS)      -1-      STIPULATION FOR ENLARGEMENT OF TIME FOR DEFENDANT TO RESPOND

| | | |
|---|---|---|
| 1 | Dated: June 11, 2010 | Respectfully Submitted, |
| 2 | | LAW OFFICES OF DARCY AUGUST PAUL |
| 3 | | By: /s/ Darcy Paul |
| 4 | | 20370 Town Center Lane, Suite 100 |
| 5 | | Cupertino, CA 95014<br>Telephone: (408) 253-0593 |
| 6 | | Facsimile: (408) 252-5906<br>Email: dapaul@darcypaul.com |
| 7 | | *Attorney for Defendant Med-Surgical Services, Inc.* |

Dated: June 14, 2010

*IT IS SO ORDERED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV10-02042 (JCS)  -2-  STIPULATION FOR ENLARGEMENT OF TIME FOR DEFENDANT TO RESPOND

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 11th day of June, 2010, served via the Court's Electronic Case Filing system, a true and correct copy of the foregoing on counsel as follows:

Ali Aalaei
Email: ali@arilaw.com
ARI LAW, P.C.
22 Battery St., Suite #1000
San Francisco, CA 94111
Telephone: (415) 357-3600
Fax: (415) 357-3602

Ali Kamarei
Email: alik@inhouseco.com
INHOUSE CO. LAW FIRM
Knight Ridder Building
50 W. San Fernando St., Suite #900
San Jose, CA 95113
Telephone: (408) 918-5393
Fax: (408) 918-5373

Alexander Chen
Email: alexc@inhouseco.com
INHOUSE CO. LAW FIRM
Daimler Chrysler Building
7700 Irvine Center Dr., #S-800
Irvine, CA 92618
Telephone: (949) 250-1555
Fax: (714) 882-7770

    /s/ Darcy Paul