IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF COMPUTER ASSISTED SURGERY, INC.,<br><br>     Plaintiff,<br><br>   v.<br><br> MED-SURGICAL SERVICES, INC.,<br><br>     Defendant._____/ | No. 10-02042 CW<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RELIEF FROM AUTOMATIC REFERRAL TO ADR (Docket No. 13) |

   On June 17, 2010, Defendant filed a motion for relief from automatic referral to alternative dispute resolution (ADR) in the instant patent infringement action.  On July 22, 2010, Plaintiff filed an opposition.  On July 29, 2010, Defendant filed a reply.

   Defendant merely alleges that the instant action is frivolous, and fails to show good cause for relief from automatic referral to ADR.  Defendant's conclusory allegation does not sufficiently indicate that the ADR process is unlikely to deliver benefits to the parties.  The Court therefore DENIES Defendant's motion.

   IT IS SO ORDERED.

Dated:  August 3, 2010

_____
CLAUDIA WILKEN
United States District Judge